**FILED**

AUG 1 9 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

STEPHAN S. BUERGER                          )
607 EUCLID AVE.                             )
MOBILE, AL  36606                           )
HOME PHONE NO. 251-545-5546                 )
                                            )
PLAINTIFF,                                  )


VS.                                         )  CIVIL ,

STATE OF ALABAMA                            )
DEPT.OF INDUSTRIAL RELATIONS                )
649 MONROE ST.                              )
MONTGOMERY,  AL  36131                      )
                                            )
DEFENDANT                                   )

CASE NUMBER   1:05CV01664

JUDGE: Gladys Kessler

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 08/ /9 /2005

## COMPLAINT

I have been unable to obtain a copy of my 24-minute telephone taped unemployment

appeal by telephone request, affidavit nor by an enactment of the Privacy Act of 1974.

The appeal was telephone taped May 8, 2003, at 4:11p.m. at the Mobile Call Center in

Saraland, AL.

1

**Relief requesting from the court: I would like a copy of the unemployment compensation appeal telephone tape, adresseses of the employees at the call center who participated in my appeal in May of 2003, and any monetary relief that the court deems fair.** Amy Goodrich, at the call center informed me by telephone in July of 2005, that these three employees were no longer at the call center. They have a new employee named James Smith, but is not the Assistant Manager James Smith that I spoke with many times from January 2003 through July 2003. The appeal tape and the three witnesses are the crucial evidence needed to prove that an illegal hearing took place that reversed my unemployment compensation benefits in the fourth month of extended unemployment compensation during a period of high unemployment in the United States. The interference in my unemployment compensation had an adverse affect in all aspects of my personal life, lifelong credit and continued efforts to search and make application for new employment.

*Stephanie S. Buerger*

**(Signature and name, pro se)**

**607 Euclid Ave.  Mobile, AL  36606**
**(Address)**

5 U.S.C. SECTION 552a(g)(1)(A)

5 U.S.C. SECTION 552a(g)(1)(B)

5 U.S.C. SECTION 552a(d)(1)

5 U.S.C. SECTION 552a(g)(1)(C )

5 U.S.C. SECTION 552a(g)(1)(D)

5 U.S.C. SECTION 552a(e)(5)

administrative remedies have been exhausted under subsections(d)(2)-(3) have been exhausted.

5 U.S.C. SECTION 552a(g)(4)

5 U.S.C. SECTION 552a(g)(5)

_Brief letter for Clerk of the Court_                                8/15/05

Dear Clerk of the Court,

I do not have online access to the PACER System or court's system to view progress of this case, any special orders or recommendations. You will need to let me know by mail or telephone. You may telephone me collect using my Sprint provider if, you should need to contact me.

I was unable to state a monetary amount on the complaint. I am unable to access other cases to view types of monetary settlements. I am currently unemployed and last year's income part time was $6500.00. I have another case actually two that I would like to file with your court and will use the application you sent to proceed in forma pauperis.

I have included an old resume for your personal view only and not as part of this case. For monetary reasons you can understand my losses.

Sincerely,
Stephanie S. Buerger

*2003 Resum̃ 
Not part of this case*

**Stephani S. Buerger**
**1700 Dauphin St. #J**
**Mobile. AL**
**251-545-9225**

**Objective**  To secure a position utilizing my business, eleven years data processing and eight years sales
sales and marketing experience.

**Education**  Baker College of Business   Flint, Michigan
BA Business Administration, Data Processing   June 1980

**Personal Information**

D.O.B: 12-14-52
Marital Status: Single, no dependents
Race: Caucasian
Height & Weight: 5'3", 105lbs.

**Qualifications and Experience**

**JC Penney Corporation, Inc.**  Mobile, AL
Sales Associates    February 1999 to March 2003

Provided customer service and sales for the store and catalog department. Created  new catalog orders and
catalog referral orders. Sold display merchandise. Took credit card applications and payments. Answered
any credit card account questions. Telephoned customers when their UPS orders were ready to be picked
up. I was the night manager who trained and supervised new associates during holiday and peak periods.
Internet user 1998-2003. Received Bronze, Silver and Gold Credit Card Award pins, two Customer Service
Award pins and  Star Performer Catalog Referral Orders pin.

**Babies R Us**  Mobile, AL
**Sales Associate**    August 1998 to November 1998

Temporary, part time position. Provided customer service and sales.

**Harold Bower**  Mobile, AL
**Elderly Home Care**    March 1998 to July 1998

**Touch-1 Long Distance Communications, Inc.**  Mobile, AL
**Customer Relations Representative**    September 1995 to September 1997

Company was a competitor of AT&T, MCI and Sprint. Answered any question customers may have
regarding their account, long distance needs, or new products for their residential or business accounts.
Provided domestic and international rate information. Evaluated customer programs with current calling
pattern and set up any new programs in change order. Saved new and established customers who have
already switched to another long distance carrier. Special awards received : Trophy for Retention of
Customers of the Year, Special Mention Award, several Group and Department Representative of the
Month Awards, Commendable Performance Certificate and. Stress Management for Professionals
Certificate.

Stephani S. Buerger

Page 2

**Data Processing Experience: Contracting/Consulting/Management/Supervision**

Business and manufacturing system software analysis, design, testing, documentation and implementation. User end communications and software enhancements. System software demo of new Accounts Receivable system designed and implemented online. Involved in 3 major hardware and software conversions.

License: IBM Installation Workshop 7/26/85  CM/1 Series 1    EDS/GM CPC Account

**Saipan Shipping Co.**  Saipan, CM
**Manager of Information Systems**        September 1990 to September 1991
One-year contract.

**United Information Technology, Inc.**  Lincoln, NE
**Consultant Programmer Analyst**        September 1989 to September 1990
One-year contract.

**Atlanta Gas Light**  Atlanta, GA
**Systems Analyst A**      April 1988 to October 1988

**Computer Network Resources, Inc.**  Atlanta, GA
**DP Consultant Recruiter**      November 1987 to March 1988
Temporary assignment.
Job order analysis and placement.

**Mohasco Carpets, Inc.**  Atlanta, GA
**Sr. Systems Analyst**      July 1987 to October 1987

**EDS Corporation**  Warren, MI
**Systems Engineer , Canada/Pontiac/Chevrolet**      June 1985 to June 1987

**Griffin Pipe Products Company**  Downers Grove, IL
**Systems Analyst Programmer**      January 1982 to May 1985

**Programmer Lambda Technology, Inc**  New York, NY
**Contract Systems Programmer**      November 1981 to January 1982

**Harris Bank-Chicago, IL** and **Xerox Corporation-Webster, NY**  One-year contract.

**McAleer Computer Associates**  Mobile, AL
**Programmer**      June 1980 to September 1981

References can be provided upon request.

05 1664

FILED

AUG 1 9 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Privacy Act of 1974 / Request

**Tuesday December 29, 2004**

**Department of Industrial Relations-Unemployment**

**Mobile Call Center, Manager**

**Saraland, AL 36571**

**Fax Number: 251-675-8749**

In adherence to the Privacy Act of 1974, 5 U.S.C. Section 552, I am requesting a copy of my unemployment appeal won by the Mobile Call Center on May 8, 2003, at 4:11p.m. My appeal was one of Ann's first telephone appeals. Ann, made comments during the appeal that she took handwritten notes and entered system information relating to my appeal.

I retain no information of my appeal, the reasons for the need to appeal for unemployment and the fact that the appeal was won. I would like to request that a statement be provided to me in the event I may require this information at any time in the future. Handwritten is sufficient.

If, there is any fee for copying please, let me know before you fill my request.

I am aware that the evidence that I faxed to George, for the appeal was missing as of

1

July 10, 2003, as well as any system information. I retain and have re-faxed all of your missing evidence to you with the exception of the letter George, asked my ex-employer for by law. George, told me fraud was contacted. If, possible I would like a statement attesting to the facts that fraud was committed and reported.

I am including personal identification to aid you in locating and identifying the information I am requesting.

Stephani S Buerger                        Social Security Number: 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
1700 Dauphin St. #J                       Mothers Maiden Name: Goodwin
Mobile, AL 36604                          Ex-employer: J C Penney, Inc.
*Old address and phone numbers: 251-648-4075 & 251-545-9225*

Current employer: Sapp's Service Center   Telephone Number: 251-342-8208
                  4058 Moffat Road
                  Mobile, AL 36618

If, you have any questions about handling this request, you may telephone me at 342-8208 (*work phone*) or by mail.

If, you deny all or any part of this request please, cite each specific exemption you think justifies your refusal to release the information and notify me of appeal procedures available under law.

Sincerely,

*Stephani S Buerger*

Stephani S Buerger
P.O. Box 6404
Mobile, AL 36660
(*current address*)

2

## Southern Check Exchange, Inc.

P.O Box 8388
Mobile, AL 36689

# Facsimile Cover Sheet

| | |
|---|---|
| **To:** | Mobile Call Center |
| **Company:** | Dept of Industrial Relations |
| **Phone:** | 251-665-3400 |
| **Fax:** | 251-675-8749 |
| **From:** | Stephani S Buerger |
| **Company:** | |
| **Phone:** | |
| **Fax:** | |
| **Date:** | 12/29/04 , 1/7/04 |
| **Pages including this cover page:** | 3 |

**Comments:**

---

TRANSMISSION VERIFICATION REPORT

```
TIME   : 12/28/2004 00:06
NAME   :
FAX    :
TEL    :
SER. # : BROM3J114593
```

---

```
DATE,TIME  12/28/04  11:06 a.m.
FAX NO./NAME  251-615-8749
DURATION
PAGE(S)  3
RESULT
MODE   MOBILE CALL CENTER
       PRIVACY ACT 1974

12/28   00:05
6758749
00:00:42
03
OK
STANDARD
ECM
```

# Office DEPOT.
## *Taking Care of Business*

## Fax Transmission
### *PLEASE PRINT*

**TO:** *Mobile Call Center, Manager*    **FROM:** *Stephani S Buerger*

**FAX NUMBER:** *251-675-8749*    **SENDER'S PHONE #:** *251-342-8208 work*

**DATE:** *3-10-05*    **# OF PAGES:** *4*
   (Including cover)

**Message:** _____

_____

_____

_____

If you have any difficulties with this transmission, please contact the sender at the phone number listed above.

### OFFICE DEPOT'S TERMS OF USE

SENDER AGREES NOT TO USE THIS FAX TO: (I) TRANSMIT MATERIAL WHOSE TRANSMISSION IS UNLAWFUL, HARASSING, LIBELOUS, ABUSIVE, THREATENING, HARMFUL, VULGAR, OBSCENE, PORNOGRAPHIC OR OTHERWISE OBJECTIONABLE; (II) CREATE A FALSE IDENTITY, OR OTHERWISE ATTEMPT TO MISLEAD OTHERS AS TO THE IDENTITY OF THE SENDER OR THE ORIGIN OF THIS FAX; (III) POST OR TRANSMIT ANY MATERIAL THAT MAY INFRINGE THE COPYRIGHT, TRADE SECRET, OR OTHER RIGHTS OF ANY THIRD PARTY; (IV) VIOLATE ANY FEDERAL, STATE OR LOCAL LAW IN THE LOCATION, OR (V) CONDUCT ACTIVITIES RELATED TO GAMBLING, SWEEPSTAKES, RAFFLES, LOTTERIES, CONTESTS, PONZI SCHEMES OR THE LIKE.

PLEASE NOTE THAT OFFICE DEPOT DOES NOT REVIEW THE CONTENTS OF ANY FAX SENT USING ITS SERVICES. FURTHER, BY SIGNING BELOW THE SENDER OF THIS FAX HEREBY AGREES TO INDEMNIFY OFFICE DEPOT TO THE FULLEST EXTENT OF THE LAW AND FOR ANY AND ALL CLAIMS, SUITS, OR DAMAGES ARISING OUT OR IN CONNECTION WITH THE REQUEST TO SEND, OR SENDING THIS FAX.

x *Stephani S Buerger*
**(CUSTOMER'S SIGNATURE)**

## VISIT OFFICE DEPOT FOR YOUR:

- Color Copies- High Volume Copies
- Digital color, and Black & White copies
- Business Cards, Letterhead and Envelopes
- Custom Pre-Inked Stamps
- Customs Signs and Banners
- UPS Shipping Service
- Passport Photos
- Ad Specialties

**Store Information**

> **Office Depot #2301**
> **1500 Government Street**
> **Mobile, AL 36604**
> Phone (251) 470-0257
> Fax (251) 470-0678

**Thank you for using Office Depot's Customer FAX Service**

March 10, 2005

Department of Industrial Relations – Unemployment
Mobile Call Center, Manager
Saraland, Al 36571
Fax Number: 251-675-8749

Please, review two attachments with this fax of my Privacy Act Request of 1974, dated December 29, 2004.

Our Federal Information Center instructed me in December of 2004, to fax my request to the agency that taped my appeal. It has been over four weeks and there has been no response to my request.

The two year statute of limitations 5 U.S.C. 552(g)(1)(A), commences at the time a person knows or has reason to know that the request has been denied rather than the date of the request letter. July 16, 2005, would be the end of the statute of limitation meaning July 16, 2003, was the date of my last telephone conversation with George, at your Mobile Call Center.

My efforts to obtain the information that I have requested have been exhausted by affidavit, 2nd Level Appeal and telephone calls to Montgomery, Alabama in the years 2003, 2004. Fraud did not contact me either.

Sincerely,

Stephani S Buerger
Stephani S Buerger

**STATE**
**OF**
**ALABAMA**

**DEPARTMENT OF INDUSTRIAL
RELATIONS**

**HEARINGS AND APPEALS DIVISION**

649 Monroe Street
Montgomery, Alabama 36131

Tele #: (334) 242-8475
Fax #: (334) 242-2084

March 14, 2005

Stephani S. Buerger
P. O. Box 6404
Mobile, AL 36660

RE: Stephani Buerger
SSN: 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

Dear Ms. Buerger:

I received your fax and information about you sending prior requests for a tape and not receiving it. However, I attempted to send you a letter letting you know that there is a cost for the tape and that I would need the money before I could send you a tape and the letter was returned marked temporarily away. There is a $5.00 charge for a copy of the hearing and I will need that before I can mail you a copy.

If you have a any questions, my number is 334-242-9903. Thank you.

Sincerely

Jennifer H. Koerner, ASAI
Hearings and Appeals Division

/jhk

U.S. OFFICIAL MAIL
U.S. POSTAGE
= 0 3 7 =
PENALTY
FOR
PRIVATE
USE $300
METER
2112075

MONTGOMERY
JAN 28'05
AL

FOR QUALIFIED WORKERS
CALL THE
**ALABAMA STATE**
**EMPLOYMENT SERVICE**
**NO FEES CHARGED**

RETURN SERVICE REQUESTED

Stephani Buerger
1700 Dauphin
Apt. J
Mobile, AL 36604



BUER700  T36504203B 1904  09  02/02/05
RETURN TO SENDER
BUERGER, STEPHANI S
TEMPORARILY AWAY
RETURN TO SENDER

U.S. OFFICIAL MAIL
U.S. POSTAGE
= 0 3 7 =
PENALTY
FOR
PRIVATE
USE $300
METER
7149525

MONTGOMERY
MM 15'05
AL

FOR QUALIFIED WORKERS
CALL THE
**ALABAMA STATE**
**EMPLOYMENT SERVICE**
**NO FEES CHARGED**

RETURN SERVICE REQUESTED

Stephani S. Buerger
P. O. Box 6404
Mobile, AL 36660



STATE
OF
ALABAMA

DEPARTMENT OF INDUSTRIAL
RELATIONS

649 MONROE STREET
MONTGOMERY, ALABAMA 36131

OFFICIAL BUSINESS
PENALTY FOR PRIVATE
USE $300

STATE
OF
ALABAMA

DEPARTMENT OF INDUSTRIAL
RELATIONS

649 MONROE STREET
MONTGOMERY, ALABAMA 36131

OFFICIAL BUSINESS
PENALTY FOR PRIVATE
USE $300

36660+0404 05

Stephani S Buerger
P.O. Box 6404
Mobile, AL  36660

State of Alabama Dept. of Industrial Relations
Hearings and Appeals Division
649 Monroe Street
Montgomery, AL  36131
Attn: Jennifer H. Koerner, ASAI

March 21, 2005

RE: Privacy Act of 1974 / Request
SSN:  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

Dear Jennifer H. Koerner,

Thank you, for your letter dated March 14, 2005. Your letter dated January 28, 2005, should have been forwarded. I moved from the 1700 Dauphin Street residence in September of 2004.

I am enclosing the copying fee of a five-dollar money order to cover the cost of a copy of my May 8, 2003, telephone taped appeal. Ann, took this appeal at the Mobile Call Center in Saraland, Alabama on **May 8, 2003, at 4:41p.m. and it was twenty-four minutes long.**

I am enclosing an additional five-dollar money order to cover the cost of a copy of the **July 18, 2003, hearing at the Career Center in Mobile, Alabama.** I was unable to attend this hearing due to a serious emergency. A postponement was not granted. I do not know who attended this hearing. If, there is any additional costs to fill this request let me know. If, you cannot fill this request for some reason please, keep and cash the additional money order.

**Are you able to fill my other requests?** Mr. James Smith, Assistant Manager and George, in the Hearings and Appeals Division at the Mobile Call Center should be of assistance. Mr. Smith, took an employment application from me dated April 30, 2003. Due to a hiring freeze no positions were being filled.

Please, feel free to telephone me at 251-342-8208 (work) or by mail if you need to.
Thank you, for your time.

Sincerely,

*Stephani S Buerger*

Stephani S Buerger

1

STATE OF ALABAMA
COUNTY OF MOBILE

ON THIS 2̲1̲ DAY OF M̲a̲r̲c̲h̲ , 2005, BEFORE ME,  THE UNDER-
SIGNED NOTARY, PERSONALLY  APPEARED  S̲t̲e̲p̲h̲a̲n̲i̲ ̲S̲.̲ ̲B̲u̲g̲g̲ PERSONALLY
KNOWN TO ME ( OR PROVED TO ME THROUGH GOVERNMENT ISSUED
DOCUMENTARY
EVIDENCE IN THE FORM OF F̲L̲ ̲D̲r̲i̲v̲e̲s̲ ̲L̲i̲c̲e̲n̲s̲e̲ ( OR PROVED TO ME ON THE OATH OF
AFFIRMATION OF ̲ ̲ ̲ ̲ ̲ ̲ , WHO IS PERSONALLY KNOWN TO ME, ) TO
BE THE PERSONS (S) WHOSE NAME (S)  (IS) (ARE)  SIGNED ON THE PRECEDING OR
ATTACHED DOCUMENT,  AND ACKNOWLEDGED TO ME THAT HE OR SHE (THEY
SIGNED IT VOLUNTARILY FOR ITS STATED PURPOSE.


_Deidre P Waner_
NOTARY

MY COMMISSION EXPIRES:

**MY COMMISSION EXPIRES**
**APRIL 23, 2006.**

2



TRAVELERS EXPRESS COMPANY, INC. DRAWER
P.O. BOX 9476
MINNEAPOLIS, MN 55480
1-800-542-3590

DATE/AMOUNT

4620710660          03/21/2005
114   NN               $10.00

7227000158001          00

KEEP THIS STUB
FOR YOUR RECORDS

PLEASE SEE TERMS ON REVERSE SIDE          EMPLOYEE

**46207106605**

▼DETACH HERE▼

Southern Check Exchange
2950 Spring Hill Ave.
Mobile, AL 36607
(251) 470-2978

Money
order          1    $10.00    39    10.39

Total for SVC    $10.00    39    10.39

Tax                    $0.00
Less checks            $0.00
Amount Due            $10.39
Cash Tendered        $10.39
Cash Paid to Customer  $0.00

Thank you

75-1618
919

M 84024-13

03/21/2005
4620710660
MONEY ORDER

IMPORTANT - SEE BACK BEFORE CASHING

******$10.00
TEN DOLLARS ******
00 CENTS
THIS AMOUNT
PAY ONLY

320660000814660

2

INTERNATIONAL
MONEY ORDER

THE FRONT OF THE DOCUMENT HAS A MICROPRINT, AMOUNT BOX AND THERMOCHROMIC. ABSENCE OF THESE FEATURES WILL INDICATE A COPY.

▼ REMOVE THIS STUB BEFORE CASHING

TravelersExpress.
MoneyGram.

PAY TO THE
ORDER OF

PURCHASER, SIGNER FOR DRAWER
PURCHASER, BY SIGNING YOU AGREE TO THE SERVICE CHARGE AND OTHER TERMS ON THE REVERSE SIDE

ADDRESS

ISSUER/DRAWER:
TRAVELERS EXPRESS COMPANY, INC.

Payable Through
Citizens State Bank
of Clara City
Clara City, MN

⑁0919161i87⑁:462⑁0710660⑁⑁   90

**4620710660**

TRAVELERS EXPRESS COMPANY, INC. DRAWER
P.O. BOX 9476
MINNEAPOLIS, MN 55480
1-800-542-3590

DATE/AMOUNT

KEEP THIS STUB
FOR YOUR RECORDS

EMPLOYEE

**46207106605**



LOOP STATION
MOBILE, Alabama
356061298
0107830353-0097
03/21/2005    (800)275-8777    03:00:20 PM

| Product Description | Sale Qty. | Unit Price | Final Price |
|---|---|---|---|
| P 10x13 Env | 1 | $0.49 | $0.49 |

MONTGOMERY AL 36131
First-Class                $0.60
Restricted Delivery        $3.50
Certified                  $2.30
Label Serial #: 70041160004980089236
        Issue PVI:         $6.40

Total                      $6.89

Paid by:
Cash                       $7.00
Change Due:                $0.11

ORDER stamps at USPS.com/shop or call
1-800-stamp24. Go to
USPS.com/clickship to print shipping
labels with postage. For other
information call 1-800-ASK-USPS.
Bill#: 1000300689048
Clerk: 04

All sales final on stamps and postage.
Refunds for guaranteed services only.
        Thank you for your business.
             Customer Copy

**U.S. Postal Service**
**CERTIFIED MAIL₃ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

MONTGOMERY AL 36131

| | | |
|---|---|---|
| Postage | $ $0.60 | |
| Certified Fee | $2.30 | 0353 |
| Return Receipt Fee (Endorsement Required) | $0.00 | 04  Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $3.50 | |
| Total Postage & Fees | $ $6.40 | 03/21/2005 |

Sent To  *Jennifer N. Koerner*

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, June 2002          See Reverse for Instructions

Between March 21st - April 13, 2002

Missing one sentence letter from Jennifer Koerner, ASA I.

Sentence stated: I could not find that appeal tape information and I will continue looking for it.

I have misplaced this letter. If it appears I will send a copy of it.

Stephan S. Buerger

**STATE**
**OF**
**ALABAMA**

**HEARINGS AND APPEALS DIVISION**

649 Monroe Street
Montgomery, Alabama 36131

Tele·#: (334) 242-9903
Fax·#: (334) 242-2084

**DEPARTMENT OF INDUSTRIAL**
**RELATIONS**

April 13, 2005

Stephani S. Buerger
P. O. Box 6404
Mobile, AL  36660

Dear Ms. Buerger:

I spoke with my supervisor about the May 8, 2003 date you were wanting information on. However, the actual hearing did not take place until July 18, 2003.  We mailed you a decision from that hearing on July 24, 2003.  I am enclosing a copy of that decision.  We do not show any hearings prior to that date.  I hope that the tape of the July 18, 2003 hearing and a copy of the decision will help.

If we can be of further assistance, please advise.

Sincerely,

Jennifer H. Koerner, ASAI
Hearings and Appeals

/jhk

*Stephani S. Buerger*
*607 Euclid Ave.*
*Mobile, AL 36606*
*Telephone#: 251-545-5546*

*7/19/2005 12:08:18 PM*

*Honorable Troy King Attorney General for the State of Alabama*
*Office of Attorney General State House*
*11 South Union Street*
*Montgomery, Alabama 36130*

*Dear Honorable Troy King,*

*Your Honorable Assistant Attorney General Pat Roberts, advised me that I may give you permission to investigate the Department of Industrial Relations Division of Unemployment Compensation. Please, investigate as to why a copy of my record of my telephone taped appeal cannot be obtained. It is the crucial evidence required using the Rules of Evidence for 2003, 2004 and 2005 for my case as Pro se litigant.*

*Please, review my perfected enactment of my Privacy Act of 1974, enclosed with other attachments.*

*I have discussed many reasons with Pat Roberts, as to why I believe the information is available. It is true that computer information is missing to the viewer and could be a computer program bug or internal or external sabatoge of their computer system. The added computer information that Ann, who did the telephone appeal inputed is missing.*
*Computer system backup and recovery usually replaces all missing or deleted information lost. All of the information should be in backup.*

*In concluding this investigation if, the information has been removed or deleted permanently I would like to contact Ann, George and James Smith as witnesses that this appeal took place. I do not know the last names of Ann or George. It is believed that these three witnesses are no longer working at the Mobile Call Center. Payroll and Unemployment Compensation data files would definitely locate and name these witnesses. Sandra Dumas, who was the assistant manager at JC Penney, did the appeal with Ann. This witness has relocated to another store in Florida.*

*Please, contact me anytime during this investigation if there are any questions. I thank you, for your valuable time.*

*Sincerely,*

*Stephani S. Buerger*
*Pro se litigant*

1

*Notes-Privacy Act of 1974*

*04/-05 follow up Ann and George's last names.*

*05/05 Federal Information Center could not find these employee names on the register or any employee names for the Mobile Call Center.*

*05/18 Requested that I telephone personnel in Montgomery at 334-242-8619 for these employees' names. Spoke with Darlene, in personnel. Darlene said, "Stephani, I will call you back with Ann and George's last names I promise you and I will leave a message with Susan at the Mobile Call Center to have James Smith, telephone you. Darlene said this to me because I told her that I get this far referring to Shirley Brown, and others then nothing happens.*

*06/10 Left message for Darlene at 334-242-8619 to call me as I had not heard from James Smith or her.*

*06/18 Darlene, answered the telephone. She did not remember me even after I refreshed her memory she told me to contact Shirley Brown. ?*

*06/24/05 Telephoned Pat Roberts, who arranged for me to talk with Micheal, the Assistant Director of the Department of Industrial Relations. Micheal connected me to Marie Law in Call Center Operations. We discussed a disclosure, last names, files appeal tape and missing information.*

*06/28 I telephoned Marie Law, for a status on her findings as she me to do. Mr. Gunn, said she was training in the satellite office in Birmingham and would not be back until Thursday. He sent her an email that I called. She did call me back and said she could not leave a number where she was for me to return her call. Why did she not tell me in a voicemail what her findings were?*

*07/05 Left message with Mr. Gunn, for Marie Law. No reply.*

*07/08 Micheal, Assistant Director, was informed that I could not reach Marie Law. He said I will put an urgent call in for Marie Law to telephone me. I asked him to call me back. He did not call nor did Marie Law.*

*07/14 Marie Law, answered the telephone and did not remember me. ?*
*I left message with Pat Roberts, answering machine the conclusion of my investigation.*

**Office DEPOT**

OFFICE DEPOT #2301
1500 Government Street Suite A
Mobile, AL 36604
251-470-8668

Employee 185/33     07/19/05 14:57
Store #2301     Reg #012     Tran #5084
SALE     POS Version 4.18B

373711 UPS GRD RESIDENT P
1 @ 7.18                        7.18
FORM # 7192005

078910215142 BINDER,VW,PRES,BLK
1 @ 5.25                        5.25

SUBTOTAL           12.43
AL 9% SALES TAX     0.47
TOTAL              12.90

CASH               20.00
CHANGE             -7.10

***********Taking Care***********
For a chance to Win
One of 40 $100 or 4 $1000
Quarterly Shopping Sprees.

Visit us at
www.od.bizrate.com
En Espanol
ID:  2PZR9 PTZF KYNL1

***********Office***********

LTV10AY00U33YXW

*Taking Care*

**Customer Information:**
Stephani Buerger
607 Euclid Ave.
Mobile, AL 36606
Telephone: (251)545-5546

Ship Date: 7/19/2005

| Price | Recipient Information |
|---|---|
| $7.18 | Honorable Troy King Attorney General Office of Atty.Gen.State House 11 South Union Street MONTGOMERY, AL 36130 (334)242-7300 |

: $25.00
e at no additional cost
060300003619
5 LBS

07/20/2005
tant papers

**Total $7.18**

## IFORMATION REGARDING SHIPPING PROGRAM

liable for damage to parcels improperly packed. Packing guidelines
ping counter.
does not exceed $100 unless otherwise stated on this receipt and

must be made at the same Office Depot location that shipped

your receipt must be validated when you pay and returned to the

be tracked online at www.UPS.com  1-800-742-5877

9:30 am  A. Cottrell 7/20/05



STATE OF ALABAMA
OFFICE OF THE ATTORNEY GENERAL

TROY KING
ATTORNEY GENERAL

ALABAMA STATE HOUSE
11 SOUTH UNION STREET
MONTGOMERY, AL 36130
(334) 242-7300
WWW.AGO.STATE.AL.US

August 8, 2005

Ms. Stephani S. Buerger
607 Euclid Avenue
Mobile, Alabama 36606

Dear Ms. Buerger:

I am in receipt of your letter dated July 19, 2005, regarding your unemployment compensation claim. I regret to read of the problems you have encountered regarding your claim. However, my office does not administer the unemployment compensation law and my jurisdiction in such matters is limited. I am, therefore, forwarding your letter, its attachments, and a copy of this reply to Ms. Phyllis Kennedy, Director of the Department of Industrial Relations, which does administer this program in Alabama. I am confident that she will look into this matter and take whatever action is appropriate based on her findings.

Again, thank you for writing to me. I am proud to serve as your Attorney General. If my staff or I can be of assistance to you in the future, please do not hesitate to call upon us and give us the opportunity to do so.

Sincerely,

Troy King
Attorney General

TK:oi

cc:    Ms. Phyllis Kennedy, Director, Department of Industrial Relations

 **Sprint.**        **Sprint PCS®**

## Individual Charges

www.sprintpcs.com

| Customer | Account Number | Invoice Period | Invoice Date | Page |
|---|---|---|---|---|
| STEPHANI BUERGER | 0126485339-4 | Apr. 14 - May 13 | May 14, 2003 | 9 of 9 |

 Individual Charges for  **STEPHANI BUERGER (continued)**
**251-648-4075**

*2004*

### Voice Call Detail

| | Date | Time | Phone Number | Call Destination | Rate/Type | Minutes Used | Airtime Charges | LD/ Additional Charges | Total Charges |
|---|---|---|---|---|---|---|---|---|---|
| 200 | 5/4 | 7:56 P M | 800-542-7482 | 800 Svc | | 1.0 | included | 0.00 | 0.00 |
| 201 | 5/4 | 8:11 P M | 800-242-7482 | 800 Svc | | 6.0 | included | 0.00 | 0.00 |
| 202 | 5/4 | 8:16 P M | 800-442-7482 | 800 Svc | | 1.0 | included | 0.00 | 0.00 |
| 203 | 5/4 | 8:17 P M | 800-242-7482 | 800 Svc | | 2.0 | included | 0.00 | 0.00 |
| 204 | 5/4 | 8:19 P M | 800-542-7482 | 800 Svc | | 1.0 | included | 0.00 | 0.00 |
| 205 | 5/4 | 8:24 P M | 251-660-6560 | Mobile, AL | | 3.0 | included | 0.00 | 0.00 |
| 206 | 5/5 | 9:03 P M | 251-665-3400 | Mobile, AL | | 2.0 | included | 0.00 | 0.00 |
| 207 | 5/5 | 9:14 P M | 251-246-4403 | Jackson, AL | | 5.0 | included | 0.00 | 0.00 |
| 208 | 5/5 | 9:19 P M | 251-246-4403 | Jackson, AL | | 3.0 | included | 0.00 | 0.00 |
| 209 | 5/5 | 9:23 P M | 251-660-6560 | Mobile, AL | | 3.0 | included | 0.00 | 0.00 |
| 210 | 5/5 | 10:25 P M | 251-366-3333 | Mobile, AL | | 5.0 | included | 0.00 | 0.00 |
| 211 | 5/8 | 4:11 P M | Incoming | | | 24.0 | 9.60 | 0.00 | 9.60 |
| 212 | 5/8 | 9:36 P M | 251-366-3333 | Mobile, AL | | 2.0 | included | 0.00 | 0.00 |
| 213 | 5/8 | 11:14 P M | 251-666-7972 | Mobile, AL | | 6.0 | included | 0.00 | 0.00 |
| 214 | 5/8 | 1:20 P M | 251-633-2211 | Mobile, AL | | 1.0 | included | 0.00 | 0.00 |
| 215 | 5/8 | 11:21 P M | 251-471-1105 | Mobile, AL | | 8.0 | included | 0.00 | 0.00 |
| 216 | 5/10 | 8:16 A M | 251-342-8208 | Mobile, AL | | 2.0 | included | 0.00 | 0.00 |
| 217 | 5/10 | 2:31 P M | 251-342-8208 | Mobile, AL | | 9.0 | included | 0.00 | 0.00 |
| 218 | 5/10 | 3:10 P M | 251-342-4745 | Mobile, AL | | 5.0 | included | 0.00 | 0.00 |
| 219 | 5/10 | 3:17 P M | 251-666-4411 | Mobile, AL | | 3.0 | included | 0.00 | 0.00 |
| 220 | 5/10 | 3:21 P M | 251-666-2630 | Mobile, AL | | 1.0 | included | 0.00 | 0.00 |
| 221 | 5/10 | 3:22 P M | 251-666-3100 | Mobile, AL | | 7.0 | included | 0.00 | 0.00 |
| 222 | 5/11 | 11:39 A M | 251-433-7303 | Mobile, AL | | 1.0 | included | 0.00 | 0.00 |
| 223 | 5/11 | 11:40 A M | 251-371-0672 | Mobile, AL | | 1.0 | included | 0.00 | 0.00 |
| 224 | 5/11 | 3:22 P M | 251-478-8842 | Mobile, AL | | 2.0 | included | 0.00 | 0.00 |
| 225 | 5/12 | 9:02 P M | 251-660-6560 | Mobile, AL | | 5.0 | included | 0.00 | 0.00 |
| | **Total** | | | | | | **$10.40** | **$3.75** | **$14.15** |

*Appeal 5/8*
*Only incoming call the first part*
*of the month of May 2003, and*
*only call at least 20 minutes long.*

# Sprint

## Individual Charges

# Sprint PCS

www.sprintpcs.com

| Customer | Account Number | Invoice Period | Invoice Date | Page |
|----------|----------------|----------------|--------------|------|
| STEPHANI BUERGER | 0126485339-4 | Apr 14 - May 13, | May 14, 2003 | 8 of 9 |



**Individual Charges for   STEPHANI BUERGER** (continued)
**251-648-4075**

### Voice Call Detail

| | Date | Time | Phone Number | Call Destination | Rate/ Type | Minutes Used | Airtime Charges | LD/ Additional Charges | Total Charges |
|---|------|------|--------------|------------------|-----------|-------------|-----------------|------------------------|---------------|
| 158 | 4/26 | 9:06 P.M | 251-454-0351 | Mobile, AL | | 2.0 | included | 0.00 | 0.00 |
| 159 | 4/26 | 9:08 P.M | 251-648-4075 | Mobile, AL | | 1.0 | included | 0.00 | 0.00 |
| 160 | 4/27 | 12:33 P.M | 251-454-0351 | Mobile, AL | | 18.0 | included | 0.00 | 0.00 |
| 161 | 4/27 | 1:43 P.M | 251-473-9554 | Mobile, AL | | 12.0 | included | 0.00 | 0.00 |
| 162 | 4/28 | 3:18 P.M | 251-473-8781 | Mobile, AL | | 2.0 | included | 0.00 | 0.00 |
| 163 | 4/28 | 3:18 P.M | 251-433-6951 | Mobile, AL | | 2.0 | included | 0.00 | 0.00 |
| 164 | 4/28 | 3:19 P.M | 205-758-7588 | Tuscaloosa, AL | | 3.0 | included | 0.00 | 0.00 |
| 165 | 4/28 | 7:46 P.M | 251-473-9554 | Mobile, AL | | 4.0 | included | 0.00 | 0.00 |
| 166 | 4/28 | 9:08 P.M | 251-660-6560 | Mobile, AL | | 4.0 | included | 0.00 | 0.00 |
| 167 | 4/28 | 9:42 P.M | 251-660-6560 | Mobile, AL | | 2.0 | included | 0.00 | 0.00 |
| 168 | 4/30 | 11:24 A.M | 334-242-3389 | Montgomery, AL | | 17.0 | included | 0.00 | 0.00 |
| 169 | 4/30 | 1:26 P.M | 251-648-4075 | Mobile, AL | | 2.0 | included | 0.00 | 0.00 |
| 170 | 4/30 | 1:31 P.M | 251-648-4075 | Mobile, AL | | 2.0 | included | 0.00 | 0.00 |
| 171 | 4/30 | 6:29 P.M | 251-366-3333 | Mobile, AL | | 1.0 | included | 0.00 | 0.00 |
| | | | | | | 1.0 | 0.40 | 0.00 | 0.40 |
| 172 | 4/30 | 8:59 P.M | *4 | *4 | | 1.0 | 0.40 | 0.00 | 0.40 |
| 173 | 4/30 | 9:01 P.M | 251-366-3333 | Mobile, AL | | 7.0 | included | 0.00 | 0.00 |
| 174 | 5/1 | 9:13 P.M | 251-343-4150 | Mobile, AL | | 19.0 | included | 0.00 | 0.00 |
| 175 | 5/1 | 9:32 P.M | 850-857-3070 | Pensacola, FL | | 30.0 | included | 0.00 | 0.00 |
| 176 | 5/2 | 9:23 P.M | 251-478-8842 | Mobile, AL | | 3.0 | included | 0.00 | 0.00 |
| 177 | 5/3 | 2:56 P.M | 888-530-3676 | 800 Svc | | 3.0 | included | 0.00 | 0.00 |
| 178 | 5/3 | 3:15 P.M | 800-688-7070 | 800 Svc | | 1.0 | included | 0.00 | 0.00 |
| 179 | 5/3 | 3:20 P.M | 800-688-7070 | 800 Svc | | 6.0 | included | 0.00 | 0.00 |
| 180 | 5/3 | 3:26 P.M | 251-476-2978 | Mobile, AL | | 4.0 | included | 0.00 | 0.00 |
| 181 | 5/3 | 3:31 P.M | 251-479-3294 | Mobile, AL | | 1.0 | included | 0.00 | 0.00 |
| 182 | 5/3 | 3:35 P.M | 251-690-1072 | Mobile, AL | | 1.0 | included | 0.00 | 0.00 |
| 183 | 5/3 | 5:05 P.M | 251-478-8842 | Mobile, AL | | 18.0 | included | 0.00 | 0.00 |
| 184 | 5/3 | 6:08 P.M | 251-438-2571 | Mobile, AL | | 1.0 | included | 0.00 | 0.00 |
| 185 | 5/3 | 6:29 P.M | 251-450-7000 | Mobile, AL | | 3.0 | included | 0.00 | 0.00 |
| 186 | 5/3 | 6:31 P.M | 251-450-7000 | Mobile, AL | | 2.0 | included | 0.00 | 0.00 |
| 187 | 5/3 | 6:33 P.M | 251-450-7000 | Mobile, AL | | 1.0 | included | 0.00 | 0.00 |
| 188 | 5/3 | 6:40 P.M | 251-208-7078 | Mobile, AL | | 1.0 | included | 0.00 | 0.00 |
| 189 | 5/3 | 6:40 P.M | 251-208-7045 | Mobile, AL | | 1.0 | included | 0.00 | 0.00 |
| 190 | 5/4 | 11:12 A.M | Incoming | | | 2.0 | included | 0.00 | 0.00 |
| 191 | 5/4 | 12:13 P.M | 251-366-3333 | Mobile, AL | | 18.0 | included | 0.00 | 0.00 |
| 192 | 5/4 | 3:39 P.M | 800-220-6238 | 800 Svc | | 12.0 | included | 0.00 | 0.00 |
| 193 | 5/4 | 3:55 P.M | 251-605-3400 | Mobile, AL | | 1.0 | included | 0.00 | 0.00 |
| 194 | 5/4 | 3:56 P.M | 866-234-5382 | 800 Svc | | 1.0 | included | 0.00 | 0.00 |
| 195 | 5/4 | 3:57 P.M | 251-605-3400 | Mobile, AL | | 2.0 | included | 0.00 | 0.00 |
| 196 | 5/4 | 4:00 P.M | 205-758-7591 | Tuscaloosa, AL | | 1.0 | included | 0.00 | 0.00 |
| 197 | 5/4 | 4:00 P.M | 800-752-7389 | 800 Svc | | 2.0 | included | 0.00 | 0.00 |
| 198 | 5/4 | 7:39 P.M | 251-479-9460 | Mobile, AL | | 3.0 | included | 0.00 | 0.00 |
| 199 | 5/4 | 7:42 P.M | 800-242-7462 | 800 Svc | | 2.0 | included | 0.00 | 0.00 |

# Individual Charges



| Customer | Account Number | Invoice Period | Invoice Date | Page |
|---|---|---|---|---|
| STEPHANI BUERGER | 0126485339-4 | Jul. 14 - Aug. 13 | Aug. 14, 2003 | 4 of 7 |

www.sprintpcs.com

Individual Charges for **STEPHANI BUERGER** (continued)
251-648-4075

*2003*

## Call Detail

### Voice Call Detail

*3 Days before July 18, 2003 hearing*

*Montgomery would not postpone hearing — Do afferdavit*

*Mobile Call Center Saraland, Alabama Date informed of missing appeal info. Call montgomery to request to postpone hearing*

| | Date | Time | Phone Number | Call Destination | Rate/ Type | Minutes Used | Airtime Charges | LD/ Additional Charges | Total Charges |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 7/14 | 9:00 P M | 251-461-4168 | Mobile, AL | | 7.0 | included | 0.00 | 0.00 |
| 2 | 7/14 | 9:33 P M | 251-343-4150 | Mobile, AL | | 44.0 | included | 0.00 | 0.00 |
| 3 | 7/15 | 7:49 P M | 251-476-9126 | Mobile, AL | | 2.0 | included | 0.00 | 0.00 |
| 4 | 7/15 | 7:51 P M | 251-661-2365 | Mobile, AL | | 2.0 | included | 0.00 | 0.00 |
| 5 | 7/15 | 8:57 P M | 251-433-7303 | Mobile, AL | | 1.0 | included | 0.00 | 0:00 |
| 6 | 7/15 | 8:58 P M | 251-476-9126 | Mobile, AL | | 1.0 | included | 0.00 | 0.00 |
| 7 | 7/15 | 8:59 P M | 251-661-2365 | Mobile, AL | | 35.0 | included | 0.00 | 0.00 |
| 8 | 7/15 | 9:34 P M | 251-648-4075 | Mobile, AL | | 2.0 | included | 0.00 | 0.00 |
| 9 | 7/15 | 9:36 P M | 850-857-1070 | Pensacola, FL | | 32.0 | included | 0.00 | 0.00 |
| 10 | 7/16 | 10:43 A M | 334-242-8475 | Montgomery, AL | | 8.0 | included | 0.00 | 0.00 |
| 11 | 7/16 | 11:02 A M | 251-665-3400 | Mobile, AL | | 11.0 | included | 0.00 | 0.00 |
| 12 | 7/16 | 12:08 P M | Incoming | | | 11.0 | included | 0.00 | 0.00 |
| 13 | 7/16 | 12:23 P M | Incoming | | | 5.0 | included | 0.00 | 0.00 |
| 14 | 7/17 | 9:47 A M | 251-343-4150 | Mobile, AL | | 2.0 | included | 0.00 | 0.00 |
| 15 | 7/17 | 9:49 A M | Incoming | | | 3.0 | included | 0.00 | 0.00 |
| 16 | 7/17 | 9:53 A M | 251-665-3400 | Mobile, AL | | 1.0 | included | 0.00 | 0.00 |
| 17 | 7/17 | 9:54 A M | 251-665-3400 | Mobile, AL | | 6.0 | included | 0.00 | 0.00 |
| 18 | 7/17 | 10:26 A M | Incoming | | | 8.0 | included | 0.00 | 0.00 |
| 19 | 7/17 | 9:03 P M | 251-342-3887 | Mobile, AL | | 3.0 | included | 0.00 | 0.00 |
| 20 | 7/17 | 9:08 P M | 251-343-4160 | Mobile, AL | | 2.0 | included | 0.00 | 0.00 |
| 21 | 7/17 | 9:17 P M | 251-473-9554 | Mobile, AL | | 7.0 | included | 0.00 | 0.00 |
| 22 | 7/17 | 11:47 P M | 251-461-4146 | Mobile, AL | | 1.0 | included | 0.00 | 0.00 |
| 23 | 7/17 | 11:59 P M | 251-371-0672 | Mobile, AL | | 1.0 | included | 0.00 | 0.00 |
| 24 | 7/18 | 12:47 A M | 251-471-5577 | Mobile, AL | | 1.0 | included | 0.00 | 0.00 |
| 25 | 7/18 | 9:26 P M | 251-366-3333 | Mobile, AL | | 2.0 | included | 0.00 | 0.00 |
| 26 | 7/18 | 9:47 P M | 251-366-3333 | Mobile, AL | | 1.0 | included | 0.00 | 0.00 |
| 27 | 7/18 | 9:47 P M | Incoming | | | 1.0 | included | 0.00 | 0.00 |
| 28 | 7/18 | 9:48 P M | 251-366-3333 | Mobile, AL | | 11.0 | included | 0.00 | 0.00 |
| 29 | 7/18 | 10:10 P M | 251-366-3333 | Mobile, AL | | 2.0 | included | 0.00 | 0.00 |
| 30 | 7/18 | 10:14 P M | 251-366-3333 | Mobile, AL | | 1.0 | included | 0.00 | 0.00 |
| 31 | 7/19 | 12:17 P M | 251-454-0351 | Mobile, AL | | 34.0 | included | 0.00 | 0.00 |
| 32 | 7/19 | 12:53 P M | 251-366-3333 | Mobile, AL | | 2.0 | included | 0.00 | 0.00 |
| 33 | 7/19 | 6:28 P M | 850-857-1070 | Pensacola, FL | | 1.0 | included | 0.00 | 0.00 |
| 34 | 7/19 | 6:29 P M | 251-648-4075 | Mobile, AL | | 2.0 | included | 0.00 | 0.00 |
| 35 | 7/19 | 8:32 P M | 850-857-1070 | Pensacola, FL | | 1.0 | included | 0.00 | 0.00 |
| 36 | 7/20 | 6:40 P M | 251-433-1551 | Mobile, AL | | 1.0 | included | 0.00 | 0.00 |
| 37 | 7/20 | 6:43 P M | 251-433-1551 | Mobile, AL | | 1.0 | included | 0.00 | 0.00 |
| 38 | 7/20 | 6:46 P M | 251-219-5632 | Mobile, AL | | 4.0 | included | 0.00 | 0.00 |
| 39 | 7/20 | 6:50 P M | 251-219-5780 | Mobile, AL | | 1.0 | included | 0.00 | 0.00 |
| 40 | 7/20 | 7:02 P M | 918-496-7777 | Tulsa, OK | | 8.0 | included | 0.00 | 0.00 |
| 41 | 7/20 | 7:55 P M | 251-438-2571 | Mobile, AL | | 1.0 | included | 0.00 | 0.00 |

10|03

Brief Summary

The Mobile Call Center won the first appeal based on good cause as stated in the law. Ann, covered this appeal on telephone tape making sure she covered all hours in the store and catalog department. Full time hours cut to part time hours with no other hours in any other departments and no lay off notice is a basis for GOOD CAUSE in a voluntary quit case. The first appeal was telephone tape-recorded and covered any or all hours in the store. I have included cell phone detailed billing to prove dates of calls to Mobile Call Center. Second appeal was based on exactly the same issue of voluntary quit and hours. Original Decision cannot be appealed. I was informed by the Mobile Call Center, prior to the July 18, 2003, hearing that my evidence, the letter and all computer system information was missing from the call center. The call center stated that they did not have an attorney to help themselves or me in this matter. The impact was frightening. My second appeal request on the 29th of July through the Mobile Call Center was ignored. My fax to George, at the Mobile Call Center was ignored. The fax was to inquire whether he had appealed by the 8th of August. On the 21st of August, the Mobile Call Center informed me that appeal proceeding had changed that it must go through Montgomery. I faxed the second level appeal to Montgomery, on August 21, 2003. The appeal stated very clearly, why the appeal was late. My appeal was denied in October of 2003, because it was late and it stated that I could have gone through the Mobile Call Center before the 8th of August. This proved there were no proceeding changes. It was my opinion that they did not want this case in Circuit Court.

are not conducted by telephone.

An appeal to the Board of Appeals must be received by the Board of Appeals within 15 calendar days after the mailing date of the Hearing Officer's decision. If filing your appeal by letter, your appeal should include your name, social security number, and state the reason you disagree with the decision made on your claim. Appeals to the Board can be made either by calling your local claims inquiry number or by writing to:

Department of Industrial Relations
Board of Appeals Office, Room 2206
649 Monroe Street
Montgomery, Alabama 36131

The Board of Appeals may grant or deny your application for appeal. In order for the appeal to be granted, the request for appeal must be complete and address specific points that were not thoroughly covered in the appeal with the Hearings Officer. If your application for an appeal with the Board of Appeals is denied, you will be notified of the denial by certified mail. If your application for appeal is granted, the Board may decide the case based on the record or they may schedule a hearing. You will be notified of the time and place of the hearing. The decision of the Board of Appeals becomes final 10 days after the date the decision is mailed. 10th

## CIRCUIT COURT

If either party is dissatisfied with the decision of the Board of Appeals, they may file an appeal to the circuit court in the county of the claimant's residence. If you live out of the state of Alabama, you must file your appeal to the circuit court in the Alabama county in which you last worked or resided. You have 30 days from the date the decision of the Board of Appeals becomes final to

appeal to the circuit court. Appealing to the circuit court does not require the services of an attorney. Decisions of the circuit court may be appealed to the Alabama Court of Civil Appeals.

## PART NINE:
## EQUAL OPPORTUNITY IS THE LAW

It is against the law for the recipient of federal financial assistance to discriminate on the following basis:

Against any individual in the United States, on the basis of race, color, religion, sex, national origin, age, disability, political affiliation, or belief; and Against any beneficiary of programs financially assisted under Title I of the Workforce I Investment Act of 1998 (WIA), on the basis of the beneficiary's citizenship/status as a lawfully admitted immigrant authorized to work in the United States, or his or her participation in any WIA Title I - financially assisted program or activity.

The recipient must not discriminate in any of the following areas:

Deciding who will be admitted, or have access, to any WIA Title I - financially assisted program or activity; or providing opportunities in, or treating any person with regard to, such program activity; or making employment decisions in the administration of, or in connection with, such a program or activity.

## WHAT TO DO IF YOU BELIEVE YOU HAVE EXPERIENCED DISCRIMINATION

If you think that you have been subjected to discrimination under a WIA Title I - financially assisted program or activity, you may file a complaint within 180 days from the date of the

## Individual Charges

www.sprintpcs.com

| Customer | Account Number | Invoice Period | Invoice Date | Page |
|---|---|---|---|---|
| STEPHANIE BUERGER | 0126485339-4 | Feb. 14 - Mar. 13 | Mar. 14, 2003 | 6 of 10 |

*Calls - Prior to filing for unemployment 4/6/03*

Individual Charges for **STEPHANIE BUERGER** (continued)
**251-648-4075**

*4/05 # changed to 461-4169*

### Voice Call Detail

*Mobile Call Center*

| | Date | Time | Phone Number | Call Destination | Rate/ Type | Minutes Used | Airtime Charges | LD/ Additional Charges | Total Charges |
|---|---|---|---|---|---|---|---|---|---|
| 65 | 2/21 | 11:42 P M | 251-441-6311 | Mobile, AL | | 1.0 | included | 0.00 | 0.00 |
| 66 | 2/21 | 11:44 P M | 800-555-1212 | 800 Svc | | 1.0 | included | 0.00 | 0.00 |
| 67 | 2/22 | 12:10 A M | 251-660-6560 | Mobile, AL | | 3.0 | included | 0.00 | 0.00 |
| 68 | 2/22 | 12:13 A M | 251-660-6512 | Mobile, AL | | 2.0 | included | 0.00 | 0.00 |
| 69 | 2/22 | 12:14 A M | 251-660-6560 | Mobile, AL | | 3.0 | included | 0.00 | 0.00 |
| 70 | 2/22 | 12:01 P M | 251-343-4150 | Mobile, AL | | 3.0 | included | 0.00 | 0.00 |
| 71 | 2/22 | 12:14 A M | 251-648-4075 | Mobile, AL | | 1.0 | included | 0.00 | 0.00 |
| 72 | 2/23 | 12:18 A M | 251-648-4075 | Mobile, AL | | 3.0 | included | 0.00 | 0.00 |
| 73 | 2/23 | 12:21 A M | 251-454-0351 | Mobile, AL | | 1.0 | included | 0.00 | 0.00 |
| 74 | 2/23 | 12:05 P M | 251-476-1801 | Mobile, AL | | 2.0 | included | 0.00 | 0.00 |
| 75 | 2/23 | 12:13 P M | 251-371-0672 | Mobile, AL | | 1.0 | included | 0.00 | 0.00 |
| 76 | 2/23 | 12:16 P M | 251-479-2971 | Mobile, AL | | 2.0 | included | 0.00 | 0.00 |
| 77 | 2/23 | 12:17 P M | Incoming | | | 24.0 | included | 0.00 | 0.00 |
| 78 | 2/23 | 12:51 P M | 251-343-4150 | Mobile, AL | | 2.0 | included | 0.00 | 0.00 |
| 79 | 2/23 | 1:39 P M | 800-414-6748 | 800 Svc | | 2.0 | included | 0.00 | 0.00 |
| 80 | 2/23 | 1:49 P M | 800-888-9889 | 800 Svc | | 1.0 | included | 0.00 | 0.00 |
| 81 | 2/23 | 1:50 P M | 251-438-3674 | Mobile, AL | | 2.0 | included | 0.00 | 0.00 |
| 82 | 2/23 | 1:54 P M | 251-379-0612 | Mobile, AL | | 3.0 | included | 0.00 | 0.00 |
| 83 | 2/23 | 4:08 P M | 251-341-1832 | Mobile, AL | | 1.0 | included | 0.00 | 0.00 |
| 84 | 2/23 | 5:53 P M | 251-849-2304 | Mobile, AL | | 47.0 | included | 0.00 | 0.00 |
| 85 | 2/23 | 8:45 P M | Incoming | | | 4.0 | included | 0.00 | 0.00 |
| 86 | 2/23 | 8:50 P M | 251-648-4075 | Mobile, AL | | 1.0 | included | 0.00 | 0.00 |
| 87 | 2/23 | 8:53 P M | 251-648-4075 | Mobile, AL | | 1.0 | included | 0.00 | 0.00 |
| 88 | 2/23 | 8:54 P M | 915-263-4469 | Big Spring, TX | | 33.0 | included | 0.00 | 0.00 |
| 89 | 2/23 | 10:21 P M | 800-843-5678 | 800 Svc | | 2.0 | included | 0.00 | 0.00 |
| 90 | 2/23 | 10:27 P M | 815-723-3692 | Joliet, IL | | 1.0 | included | 0.00 | 0.00 |
| 91 | 2/23 | 10:29 P M | 815-555-1212 | Dir. Asst | | 2.0 | included | 1.25 | 1.25 |
| 92 | 2/23 | 10:39 P M | 800-873-2727 | 800 Svc | | 1.0 | included | 0.00 | 0.00 |
| 93 | 2/24 | 11:50 A M | 251-660-6560 | Mobile, AL | | 2.0 | included | 0.00 | 0.00 |
| 94 | 2/24 | 11:53 A M | 251-660-6512 | Mobile, AL | | 2.0 | included | 0.00 | 0.00 |
| 95 | 2/24 | 11:54 A M | 251-660-6512 | Mobile, AL | | 2.0 | included | 0.00 | 0.00 |
| 96 | 2/24 | 11:56 A M | 251-665-3400 | Mobile, AL | | 3.0 | included | 0.00 | 0.00 |
| 97 | 2/24 | 11:59 A M | 800-361-1884 | 800 Svc | | 1.0 | included | 0.00 | 0.00 |
| 98 | 2/24 | 12:00 P M | 866-234-5382 | 800 Svc | | 1.0 | included | 0.00 | 0.00 |
| 99 | 2/24 | 12:02 P M | 800-361-1884 | 800 Svc | | 22.0 | included | 0.00 | 0.00 |
| 100 | 2/24 | 12:27 P M | *4 | *4 | | 1.0 | included | 0.00 | 0.00 |
| 101 | 2/24 | 12:28 P M | 251-648-4075 | Mobile, AL | | 2.0 | included | 0.00 | 0.00 |
| 102 | 2/24 | 12:56 P M | 251-343-8300 | Mobile, AL | | 2.0 | included | 0.00 | 0.00 |
| 103 | 2/24 | 2:12 P M | Incoming | | | 1.0 | included | 0.00 | 0.00 |
| 104 | 2/24 | 5:10 P M | 251-343-4150 | Mobile, AL | | 2.0 | included | 0.00 | 0.00 |
| 105 | 2/24 | 7:14 P M | 251-639-7038 | Mobile, AL | | 2.0 | included | 0.00 | 0.00 |
| 106 | 2/24 | 7:22 P M | *4 | *4 | | 2.0 | included | 0.00 | 0.00 |
| 107 | 2/24 | 7:39 P M | 251-341-1832 | Mobile, AL | | 1.0 | included | 0.00 | 0.00 |

*James Smith, Assistant Manager discussed problem w/ JC Penney cutbacks in store, hours schedules, etc.*

*James Smith Discussed Employment Opportunity w/ Mobile Call Center*

*Taped Telephon Conversations 3-14-03 thru 4-13-03*
*with Mobile Call Center Saralasa, AL*

## Individual Charges

www.sprintpcs.com

| Customer | Account Number | Invoice Period | Invoice Date | Page |
|---|---|---|---|---|
| STEPHANI BUERGER | 0126485339-4 | Mar. 14 - Apr. 13 | Apr. 14, 2003 | 5 of 11 |



Individual Charges for **STEPHANI BUERGER** (continued)
**251-648-4075**

### Voice Call Detail

| | Date | Time | Phone Number | Call Destination | Rate/Type | Minutes Used | Airtime Charges | LD/Additional Charges | Total Charges |
|---|---|---|---|---|---|---|---|---|---|
| 29 | 3/15 | 8:35 A M | 251-476-1801 | Mobile, AL | | 1.0 | included | 0.00 | 0.00 |
| 30 | 3/15 | 12:43 P M | 251-479-2971 | Mobile, AL | | 1.0 | included | 0.00 | 0.00 |
| 31 | 3/15 | 12:45 P M | 251-473-9554 | Mobile, AL | | 12.0 | included | 0.00 | 0.00 |
| 32 | 3/15 | 12:57 P M | 866-591-8193 | 800 Svc | | 7.0 | included | 0.00 | 0.00 |
| 33 | 3/15 | 1:07 P M | 251-973-0349 | Bellefontn, AL | | 2.0 | included | 0.00 | 0.00 |
| 34 | 3/15 | 3:57 P M | 800-222-6161 | 800 Svc | | 7.0 | included | 0.00 | 0.00 |
| 35 | 3/15 | 4:05 P M | 800-222-6161 | 800 Svc | | 8.0 | included | 0.00 | 0.00 |
| 36 | 3/15 | 4:13 P M | 251-473-2971 | Mobile, AL | | 3.0 | included | 0.00 | 0.00 |
| 37 | 3/15 | 4:22 P M | 800-527-0881 | 800 Svc | | 1.0 | included | 0.00 | 0.00 |
| 38 | 3/15 | 4:23 P M | 800-527-0881 | 800 Svc | | 1.0 | included | 0.00 | 0.00 |
| 39 | 3/15 | 4:24 P M | 800-527-0881 | 800 Svc | | 1.0 | included | 0.00 | 0.00 |
| 40 | 3/15 | 4:25 P M | 800-234-8500 | 800 Svc | | 1.0 | included | 0.00 | 0.00 |
| 41 | 3/15 | 4:25 P M | 800-527-3316 | 800 Svc | | 9.0 | included | 0.00 | 0.00 |
| 42 | 3/15 | 6:45 P M | 251-342-9390 | Mobile, AL | | 1.0 | included | 0.00 | 0.00 |
| 43 | 3/15 | 6:46 P M | 251-344-7315 | Mobile, AL | | 1.0 | included | 0.00 | 0.00 |
| 44 | 3/15 | 6:48 P M | 251-666-7972 | Mobile, AL | | 4.0 | included | 0.00 | 0.00 |
| 45 | 3/16 | 11:37 A M | 251-379-0610 | Mobile, AL | | 30.0 | included | 0.00 | 0.00 |
| 46 | 3/16 | 12:10 P M | 251-379-0612 | Mobile, AL | | 1.0 | included | 0.00 | 0.00 |
| 47 | 3/16 | 12:14 P M | 251-371-0672 | Mobile, AL | | 1.0 | included | 0.00 | 0.00 |
| 48 | 3/16 | 1:04 P M | 251-454-0351 | Mobile, AL | | 16.0 | included | 0.00 | 0.00 |
| 49 | 3/16 | 2:16 P M | Incoming | | | 6.0 | included | 0.00 | 0.00 |
| 50 | 3/16 | 2:26 P M | 251-633-3870 | Mobile, AL | | 13.0 | included | 0.00 | 0.00 |
| 51 | 3/16 | 2:39 P M | 251-479-2971 | Mobile, AL | | 9.0 | included | 0.00 | 0.00 |
| 52 | 3/16 | 3:24 P M | 251-473-9554 | Mobile, AL | | 5.0 | included | 0.00 | 0.00 |
| 53 | 3/16 | 3:33 P M | Incoming | | | 25.0 | included | 0.00 | 0.00 |
| 54 | 3/16 | 4:43 P M | 915-263-4469 | Big Spring, TX | | 2.0 | included | 0.00 | 0.00 |
| 55 | 3/16 | 5:33 P M | 251-342-6555 | Mobile, AL | | 3.0 | included | 0.00 | 0.00 |
| 56 | 3/16 | 9:10 P M | Incoming | | | 1.0 | included | 0.00 | 0.00 |
| 57 | 3/17 | 10:42 A M | 251-342-8208 | Mobile, AL | | 2.0 | included | 0.00 | 0.00 |
| 58 | 3/17 | 9:14 P M | 251-379-0510 | Mobile, AL | | 1.0 | included | 0.00 | 0.00 |
| 59 | 3/17 | 9:32 P M | Incoming | | | 14.0 | included | 0.00 | 0.00 |
| 60 | 3/17 | 9:46 P M | 251-379-0610 | Mobile, AL | | 2.0 | included | 0.00 | 0.00 |
| 61 | 3/18 | 8:27 A M | Incoming | | | 1.0 | included | 0.00 | 0.00 |
| 62 | 3/18 | 8:28 A M | 251-648-4075 | Mobile, AL | | 1.0 | included | 0.00 | 0.00 |
| 63 | 3/18 | 8:29 A M | 251-633-3870 | Mobile, AL | | 3.0 | included | 0.00 | 0.00 |
| 64 | 3/18 | 1:16 P M | 251-633-3870 | Mobile, AL | | 6.0 | included | 0.00 | 0.00 |
| 65 | 3/18 | 1:28 P M | 334-242-3389 | Montgomery, AL | | 5.0 | included | 0.00 | 0.00 |
| 66 | 3/18 | 1:36 P M | 251-454-0351 | Mobile, AL | | 14.0 | included | 0.00 | 0.00 |
| 67 | 3/18 | 2:45 P M | 251-665-3400 | Mobile, AL | | 2.0 | included | 0.00 | 0.00 |
| 68 | 3/18 | 2:51 P M | 866-234-5382 | 800 Svc | | 2.0 | included | 0.00 | 0.00 |
| 69 | 3/18 | 2:53 P M | 251-665-3400 | Mobile, AL | | 7.0 | included | 0.00 | 0.00 |
| 70 | 3/18 | 4:55 P M | Incoming | | | 1.0 | included | 0.00 | 0.00 |
| 71 | 3/18 | 5:02 P M | 251-648-4075 | Mobile, AL | | 5.0 | included | 0.00 | 0.00 |

*Coulld not hire due to cut backs*

*Employment Conversation with James Smith Asst. Manager. Saraland Call Center for Unemployan Comp.*

*Made State Application Temp. Security Clerk*





that was easy.

Low prices. Every item. Every day.
110% Price-Match. Guaranteed.
3250 Airport Blvd.
Mobile, AL 36606
(334) 478-4366

**Customer Information:**

Stephani Buerger
1700 dauphin St.    *Apt. J*
MOBILE, AL 36604-1329
251-545-9225

SALE                    420199 7 005 26355
                        0571 07/22/04 12:53
QTY SKU                      OUR PRICE

Entry Date: 07/22/2004

53  1-1000 BW PREM
    430020      0.080ea        4.24
1   STANDARD GROUND CO
    389788                     5.34N
SUBTOTAL                       9.58
    Standard Tax 9.00%         0.38
TOTAL                        $9.96

MasterCard                     9.96
Card No.: XXXXXXXXXXXX2944 <S>
Auth No.: 068575

**TOTAL ITEMS    54**

...tion           Price  **Receiver Information**

*Confirmed Brown Relations*

...und      $5.34  Attn: Legal Dep Shirley Brow...
...cial            Dept. of Industrial Relation...
380300042730      Room 1801
...5 LBS           649 Monroe St
                  MONTGOMERY, AL 36131-0001
...: documents

Pre-Tax Total            **$5.34**

Compare and Save
......with Staples-brand products.
...... with your package is damaged, lost, or late, please contact Staples Ship Center Claim
Department at 1-800-797-5924.

Please have your tracking number(s) available.

To track a package, please contact UPS at 1-800-PICK-UPS (742-5877), or log on to
www.ups.com. *Sent case to her*        *7/22/04*

*9:51am McClure mailroom Recode.*

*Acting lawyer for Dept. of Industrial Relations*
*Unemployment Compensation*
*Said, she could help.*
*When asked for a copy of appeal tape her*
*reply was "I cannot do that." Rather than I*
*do not have*
*one.*

Copyright © 1998-2001 Pitney Bowes Inc. All Rights Reserved.


| Customer | Account Number | Invoice Period | Invoice Date | Page |
|---|---|---|---|---|
| STEPHANI BUERGER | 0126485339-4 | Jul. 14 - Aug. 13 | Aug. 14, 2004 | 8 of 8 |

 Individual Charges for **STEPHANI BUERGER** (continued)
**251-545-9225**

### Voice Call Detail

| | Date | Time | Phone Number | Call Destination | Rate/ Type | Minutes Used | Airtime Charges | LD/ Additional Charges | Total Charges |
|---|---|---|---|---|---|---|---|---|---|
| 176 | 8/8 | 1:18 P.M | Incoming | | | 2.0 | included | 0.00 | 0.00 |
| 177 | 8/8 | 1:19 P.M | 251-473-9554 | Mobile, AL | | 2.0 | included | 0.00 | 0.00 |
| 178 | 8/8 | 1:20 P.M | 251-452-4164 | Mobile, AL | | 3.0 | included | 0.00 | 0.00 |
| 179 | 8/8 | 5:19 P.M | 251-471-3910 | Mobile, AL | | 2.0 | included | 0.00 | 0.00 |
| 180 | 8/8 | 5:28 P.M | 251-478-7131 | Mobile, AL | | 3.0 | included | 0.00 | 0.00 |
| 181 | 8/8 | 5:30 P.M | 251-545-9225 | Mobile, AL | | 2.0 | included | 0.00 | 0.00 |
| 182 | 8/8 | 5:32 P.M | 251-473-9554 | Mobile, AL | | 7.0 | included | 0.00 | 0.00 |
| 183 | 8/8 | 6:45 P.M | 251-545-9225 | Mobile, AL | | 2.0 | included | 0.00 | 0.00 |
| 184 | 8/8 | 6:48 P.M | 251-545-9225 | Mobile, AL | | 1.0 | included | 0.00 | 0.00 |
| 185 | 8/9 | 5:22 P.M | 251-478-9545 | Mobile, AL | | 3.0 | included | 0.00 | 0.00 |
| 186 | 8/9 | 5:32 P.M | 251-545-9225 | Mobile, AL | | 1.0 | included | 0.00 | 0.00 |
| 187 | 8/9 | 6:03 P.M | 251-473-8180 | Mobile, AL | | 3.0 | included | 0.00 | 0.00 |
| 188 | 8/9 | 8:01 P.M | 251-694-4164 | Mobile, AL | | 2.0 | included | 0.00 | 0.00 |
| 189 | 8/9 | 9:39 P.M | 251-454-0351 | Mobile, AL | | 36.0 | included | 0.00 | 0.00 |
| 190 | 8/10 | 8:13 P.M | 251-545-9225 | Mobile, AL | | 3.0 | included | 0.00 | 0.00 |
| 191 | 8/11 | 8:10 P.M | 251-545-9225 | Mobile, AL | | 2.0 | included | 0.00 | 0.00 |
| 192 | 8/12 | 11:34 A.M | 251-545-9225 | Mobile, AL | | 2.0 | included | 0.00 | 0.00 |
| 193 | 8/13 | 6:51 A.M | 251-545-9225 | Mobile, AL | | 2.0 | included | 0.00 | 0.00 |
| 194 | 8/13 | 2:48 P.M | 334-242-8576 | Montgomery, AL | | 1.0 | included | 0.00 | 0.00 |
| → 195 | 8/13 | 2:49 P.M | 334-242-8376 | Montgomery, AL | | 34.0 | included | 0.00 | 0.00 |
| 196 | 8/13 | 3:54 P.M | 251-545-9225 | Mobile, AL | | 2.0 | included | 0.00 | 0.00 |
| 197 | 8/13 | 4:56 P.M | 251-545-9225 | Mobile, AL | | 1.0 | included | 0.00 | 0.00 |
| 198 | 8/13 | 4:59 P.M | 334-242-8576 | Montgomery, AL | | 2.0 | included | 0.00 | 0.00 |
| → 199 | 8/13 | 5:00 P.M | 334-242-8376 | Montgomery, AL | | 18.0 | included | 0.00 | 0.00 |
| 200 | 8/13 | 8:08 P.M | 252-452-4164 | Rockymount, NC | | 1.0 | included | 0.00 | 0.00 |
| 201 | 8/13 | 8:08 P.M | 251-452-4164 | Mobile, AL | | 56.0 | included | 0.00 | 0.00 |
| **Total** | | | | | | | **$0.00** | **$0.00** | **$0.00** |

*Spoke with Shirley Brown*
*Legal Department*
*Unemployment Compensation*

*7-22-04 - 8-13-04*

STATE OF ALABAMA
DEPARTMENT OF INDUSTRIAL RELATIONS
UNEMPLOYMENT COMPENSATION AGENCY
MONTGOMERY, ALABAMA 36131

### MONETARY DETERMINATION

STEPHANI BUERGER
1700 DAUPHIN   APT J
MOBILE              AL 36604 1329

DATE    04/08/03   PAGE 1
SSN 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
CLAIM DATE  04/06/03
6003

BASE PERIOD WAGES

| EMPLOYER | JAN-MAR 02 | APR-JUN 02 | JUL-SEP 02 | OCT-DEC 02 | EMP-TOT |
|---|---|---|---|---|---|
| C PENNEY C | | | | | |
| 0-003969-00 | BUE | BUE | BUE | BUE | |
| SIC5311 | 3,696.15 | 2,729.28 | 3,347.35 | 3,528.99 | 13,301.77 |

*151*

*3377.99*

| QUARTER TOTALS | 3,696.15 | 2,729.28 | 3,347.35 | 3,528.99 | 13,301.77 |
|---|---|---|---|---|---|

===============
TOTAL WAGES

WEEKLY BENEFIT AMOUNT - 151.00      MAXIMUM BENEFIT AMOUNT - 3,926.00

MESSAGE

*5/17     3020.00*

AVERAGE OF TWO HIGH QUARTERS = $    3,612.57        MAILED    04/08/03
REDET DATE  00/00/00   REDET CODE 0
************************************************************************

FOR EXPLANATION OF THIS DETERMINATION AND APPEAL RIGHTS SEE 'YOUR BENEFIT
RIGHTS AND RESPONSIBILITIES' BOOKLET.

*Total weeks = 2040.00*
*15.00 per week tax 225.00*
*136 x 15 = 2040.00*

*5/21/03*

WEEKLY CLAIMS MAY NOW BE FILED BY TOUCH-TONE PHONE.
IF YOU ARE NOT NOW FILING BY PHONE, YOU MAY WISH TO
CONSIDER THIS OPTION.  FOR MORE INFORMATION, CALL
THE CLAIMS INQUIRY LINE NEAREST YOU, LISTED BELOW.
NUMBERS ARE NOT TOLL-FREE.
BIRMINGHAM 205-458-2213,DECATUR 256-584-3780,MOBILE 251-665-3400,
MONTGOMERY 334-956-7301, INTERSTATE CLAIMS 334-242-8625.
**ALABAMA DEPT. OF IND. RELATIONS**RECORD OF BENEFITS RECEIVED**
STEPHANI BUERGER, 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, $816.00, COVERING 6 WEEKS, LAST
WEEK PAID 05/17/03, CHECK # 0006824030, CLAIM DATE 04/06/03. DATE
NOTICE MAILED 05/21/03.

WEEKLY CLAIMS MAY NOW BE FILED BY TOUCH-TONE PHONE.
IF YOU ARE NOT NOW FILING BY PHONE, YOU MAY WISH TO
CONSIDER THIS OPTION.  FOR MORE INFORMATION, CALL
THE CLAIMS INQUIRY LINE NEAREST YOU, LISTED BELOW.
NUMBERS ARE NOT TOLL-FREE.
BIRMINGHAM 205-458-2213,DECATUR 256-584-3780,MOBILE 251-665-3400,
MONTGOMERY 334-956-7301, INTERSTATE CLAIMS 334-242-8625.
**ALABAMA DEPT. OF IND. RELATIONS**RECORD OF BENEFITS RECEIVED**
STEPHANI BUERGER, 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, $136.00, COVERING 1 WEEK, LAST
WEEK PAID 05/24/03, CHECK # 0006870332, CLAIM DATE 04/06/03. DATE
NOTICE MAILED 05/29/03.

2.

WEEKLY CLAIMS MAY NOW BE FILED BY TOUCH-TONE PHONE.
IF YOU ARE NOT NOW FILING BY PHONE, YOU MAY WISH TO
CONSIDER THIS OPTION.  FOR MORE INFORMATION, CALL
THE CLAIMS INQUIRY LINE NEAREST YOU, LISTED BELOW.
NUMBERS ARE NOT TOLL-FREE.
BIRMINGHAM 205-458-2213,DECATUR 256-584-3780,MOBILE 251-665-3400,
MONTGOMERY 334-956-7301, INTERSTATE CLAIMS 334-242-8625.
**ALABAMA DEPT. OF IND. RELATIONS**RECORD OF BENEFITS RECEIVED**
STEPHANI BUERGER, 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, $136.00, COVERING 1 WEEK, LAST
WEEK PAID 05/31/03, CHECK # 0006917871, CLAIM DATE 04/06/03. DATE
NOTICE MAILED 06/05/03.

WEEKLY CLAIMS MAY NOW BE FILED BY TOUCH-TONE PHONE.
IF YOU ARE NOT NOW FILING BY PHONE, YOU MAY WISH TO
CONSIDER THIS OPTION.  FOR MORE INFORMATION, CALL
THE CLAIMS INQUIRY LINE NEAREST YOU, LISTED BELOW.
NUMBERS ARE NOT TOLL-FREE.
BIRMINGHAM 205-458-2213,DECATUR 256-584-3780,MOBILE 251-665-3400,
MONTGOMERY 334-956-7301, INTERSTATE CLAIMS 334-242-8625.
**ALABAMA DEPT. OF IND. RELATIONS**RECORD OF BENEFITS RECEIVED**
STEPHANI BUERGER, 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, $136.00, COVERING 1 WEEK, LAST
WEEK PAID 06/07/03, CHECK # 0006953602, CLAIM DATE 04/06/03. DATE
NOTICE MAILED 06/11/03.

WEEKLY CLAIMS MAY NOW BE FILED BY TOUCH-TONE PHONE.
IF YOU ARE NOT NOW FILING BY PHONE, YOU MAY WISH TO
CONSIDER THIS OPTION.  FOR MORE INFORMATION, CALL
THE CLAIMS INQUIRY LINE NEAREST YOU, LISTED BELOW.
NUMBERS ARE NOT TOLL-FREE.
BIRMINGHAM 205-458-2213,DECATUR 256-584-3780,MOBILE 251-665-3400,
MONTGOMERY 334-956-7301, INTERSTATE CLAIMS 334-242-8625.
**ALABAMA DEPT. OF IND. RELATIONS**RECORD OF BENEFITS RECEIVED**
STEPHANI BUERGER, 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, $136.00, COVERING 1 WEEK, LAST
WEEK PAID 06/14/03, CHECK # 0006997563, CLAIM DATE 04/06/03. DATE
NOTICE MAILED 06/18/03.

WEEKLY CLAIMS MAY NOW BE FILED BY TOUCH-TONE PHONE.
IF YOU ARE NOT NOW FILING BY PHONE, YOU MAY WISH TO
CONSIDER THIS OPTION.  FOR MORE INFORMATION, CALL
THE CLAIMS INQUIRY LINE NEAREST YOU, LISTED BELOW.
NUMBERS ARE NOT TOLL-FREE.
BIRMINGHAM 205-458-2213,DECATUR 256-584-3780,MOBILE 251-665-3400,
MONTGOMERY 334-956-7301, INTERSTATE CLAIMS 334-242-8625.
**ALABAMA DEPT. OF IND. RELATIONS**RECORD OF BENEFITS RECEIVED**
STEPHANI BUERGER, 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, $136.00, COVERING 1 WEEK, LAST
WEEK PAID 06/21/03, CHECK # 0007040350, CLAIM DATE 04/06/03. DATE
NOTICE MAILED 06/25/03.

WEEKLY CLAIMS MAY NOW BE FILED BY TOUCH-TONE PHONE.
IF YOU ARE NOT NOW FILING BY PHONE, YOU MAY WISH TO
CONSIDER THIS OPTION.  FOR MORE INFORMATION, CALL
THE CLAIMS INQUIRY LINE NEAREST YOU, LISTED BELOW.
NUMBERS ARE NOT TOLL-FREE.
BIRMINGHAM 205-458-2213,DECATUR 256-584-3780,MOBILE 251-665-3400,
MONTGOMERY 334-956-7301, INTERSTATE CLAIMS 334-242-8625.
**ALABAMA DEPT. OF IND. RELATIONS**RECORD OF BENEFITS RECEIVED**
STEPHANI BUERGER, 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, $136.00, COVERING 1 WEEK, LAST
WEEK PAID 06/28/03, CHECK # 0007083113, CLAIM DATE 04/06/03. DATE
NOTICE MAILED 07/02/03.

WEEKLY CLAIMS MAY NOW BE FILED BY TOUCH-TONE PHONE.
IF YOU ARE NOT NOW FILING BY PHONE, YOU MAY WISH TO
CONSIDER THIS OPTION.  FOR MORE INFORMATION, CALL
THE CLAIMS INQUIRY LINE NEAREST YOU, LISTED BELOW.
NUMBERS ARE NOT TOLL-FREE.
BIRMINGHAM 205-458-2213,DECATUR 256-584-3780,MOBILE 251-665-3400,
MONTGOMERY 334-956-7301, INTERSTATE CLAIMS 334-242-8625.
**ALABAMA DEPT. OF IND. RELATIONS**RECORD OF BENEFITS RECEIVED**
STEPHANI BUERGER, 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, $136.00, COVERING 1 WEEK, LAST
WEEK PAID 07/05/03, CHECK # 0007096961, CLAIM DATE 04/06/03. DATE
NOTICE MAILED 07/07/03.

WEEKLY CLAIMS MAY NOW BE FILED BY TOUCH-TONE PHONE.
IF YOU ARE NOT NOW FILING BY PHONE, YOU MAY WISH TO
CONSIDER THIS OPTION.  FOR MORE INFORMATION, CALL
THE CLAIMS INQUIRY LINE NEAREST YOU, LISTED BELOW.
NUMBERS ARE NOT TOLL-FREE.
BIRMINGHAM 205-458-2213,DECATUR 256-584-3780,MOBILE 251-665-3400,
MONTGOMERY 334-956-7301, INTERSTATE CLAIMS 334-242-8625.
**ALABAMA DEPT. OF IND. RELATIONS**RECORD OF BENEFITS RECEIVED**
STEPHANI BUERGER, 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, $136.00, COVERING 1 WEEK, LAST
WEEK PAID 07/12/03, CHECK # 0007174973, CLAIM DATE 04/06/03. DATE
NOTICE MAILED 07/16/03.

                    WEEKLY CLAIMS MAY NOW BE FILED BY TOUCH-TONE PHONE.
                    IF YOU ARE NOT NOW FILING BY PHONE, YOU MAY WISH TO
                    CONSIDER THIS OPTION.  FOR MORE INFORMATION, CALL
                    THE CLAIMS INQUIRY LINE NEAREST YOU, LISTED BELOW.
                    NUMBERS ARE NOT TOLL-FREE.
BIRMINGHAM 205-458-2213,DECATUR 256-584-3780,MOBILE 251-665-3400,
MONTGOMERY 334-956-7301, INTERSTATE CLAIMS 334-242-8625.
**ALABAMA DEPT. OF IND. RELATIONS**RECORD OF BENEFITS RECEIVED**
STEPHANI BUERGER, 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, $136.00, COVERING 1 WEEK, LAST
WEEK PAID 07/19/03, CHECK # 0007218412, CLAIM DATE 04/06/03. DATE
NOTICE MAILED 07/23/03.

STATE OF ALABAMA
DEPARTMENT OF INDUSTRIAL RELATIONS
HEARINGS AND APPEALS DIVISION
MONTGOMERY, ALABAMA 36131

### NOTICE TO CLAIMANT

STEPHANI BUERGER
1700 DAUPHIN  APT J
MOBILE            AL 36604

SSN: 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
O-C 60-03
DATE MAILED: 06-06-03

This is to advise you that an appeal has been filed by your former employer,     J C PENNEY CORPORATION IN                              , in connection with your claim for unemployment compensation. The appeal is from a decision of the claims examiner. The basis for the appeal appears to be:

THAT YOU VOLUNTARILY QUIT.

You will be notified of the time and place of the hearing.

If you remain unemployed, you should continue to file weekly claims as directed by your local claims office, pending the outcome of this appeal. If you are paid benefits to which it is finally determined that you are not entitled, repayment will be required.

② 1st check Receved -
5/21/03

① duplicate of first "notice to claimant"
before May 8, 2003 appeal.
Dated differently

RM AA-4A.
EV. 9/91)

*Att: James Smith*

*AX TO : 251-675-8749*

STATE OF ALABAMA
DEPARTMENT OF INDUSTRIAL RELATIONS
HEARINGS AND APPEALS DIVISION
MONTGOMERY, ALABAMA 36131

# NOTICE OF UNEMPLOYMENT COMPENSATION HEARING

STEPHANI BUERGER
1700 DAUPHIN   APT J
MOBILE                    AL 36604 1329

DATE MAILED:    07/03/2003

CLAIMANT: STEPHANI BUERGER

CLAIMANT'S SSN: 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

EMPLOYER: J C PENNEY CORPORATION IN

APPELLANT:     **EMPLOYER**

ADM HEARING OFR:  J. L. WARREN

CASE NO:      08421AT03

HEARING WILL BE HELD ON          JULY 18, 2003   AT:   10:00 AM CDT

LOCATION OF HEARING:    ALABAMA CAREER CENTER
                        515 SPRINGHILL PLAZA COURT
                        MOBILE, AL

PLEASE READ THE IMPORTANT INFORMATION ON THE BACK OF THIS NOTICE

ISSUES:

Additional issues may arise during the hearing. The Administrative Hearing Officer is required by rule to consider and decide all issues involved even though the issue may not have been set forth as ground for appeal. Such issues may include availability for work, efforts to find work, circumstances of termination from work, etc..

SECTION 25-4-78(2) AND/OR 25-4-78(3) CODE OF ALABAMA 1975: WHETHER THE CLAIMANT LEFT THE MOST RECENT BONA FIDE WORK VOLUNTARILY WITHOUT GOOD CAUSE CONNECTED WITH SUCH WORK OR WAS DISCHARGED FOR MISCONDUCT CONNECTED WITH THE WORK.

BHL



# STATE OF ALABAMA
## DEPARTMENT OF INDUSTRIAL RELATIONS
### BOARD OF APPEALS
649 Monroe Street
Montgomery, Alabama 36131
Telephone: (334) 242-8825  Fax: (334) 242-0539



August 13, 2004

**Phyllis K. Kennedy**
Director

Vacant
Chairman

Charlotte G. Flowers
Associate Member

Don Jones
Associate Member

**************

Fronzena W. Webster
Officer

**CLAIMANT:**

Stephani Buerger
1700 Dauphin Apt J
Mobile Alabama 36604-1329

**EMPLOYER:**

J C Penny Corporation Incorporated
M/S 1201
Post Office Box 650486
Dallas Texas 75265-0486

**RE:** Stephani Buerger - SSN: 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
Board Of Appeals Case Number: 3889

On **October 10, 2003,** the Board of Appeals issued a decision which advised that the appeal received by the Board of Appeals on **August 21, 2003,** was not timely received, as the final date to appeal the decision of the Administrative Hearing Officer was **August 8, 2003.** An investigation by the Assistant General Counsel has determined that on **July 29, 2004,** the claimant initiated action to file an **Application For Leave To Appeal To The Board Of Appeals via the Mobile Call Center.** As a result of these facts being presented to the Director of the Department of Industrial Relations, the Director has determined that the claimant filed a timely appeal. *cellular phone detailed billing proved it was timely.*

On **August 12, 2004,** the Assistant General Counsel requested that this case be reconsidered by the Board of Appeals. After reviewing the case, the Board of Appeals has asked me to inform you that the decision issued on **October 10, 2003, is hereby revoked.** In the near future, an **Allowance Of Application For Leave To Appeal To The Board Of Appeals** will be issued to both parties in this cause and this case will be scheduled for a hearing in **Mobile, Alabama.** Approximately ten days prior to the hearing, both parties in this cause will be notified of the date, time, and location of the hearing.

The Board of Appeals regrets the inconvenience that has been caused by this matter.

Certified a true and correct copy:

_____
**Fronzena W. Webster**
**Board of Appeals Officer**

cc: Appeal File
    Shirley Z. Brown

_____
**ALTERNATE CHAIRMAN**

_____
**ASSOCIATE MEMBER**

_____
**ASSOCIATE MEMBER**

## DULY SWORN STATEMENT

Claimant:  Stephani S Buerger          Employer:  JC Penney

Adm. Hearing Ofr:  J. L. Warren        Case No:  08421AT03


I Stephani S Buerger, claimant, duly swear that the information
enclosed within this statement will without any doubt whatsoever,
provide factual evidence that the termination of my employment
with JC Penney, appellant, was due to cut in hours from full-time
employment to part-time employment resulting in lay off.  My
original application for employment with JC Penney, states the
terms of my employment were full-time status ONLY, I have no
other income. The contents herein are in chronological order by
dates. This evidence was used by the Mobile Call Center when it
was appealed for the same reason. James Smith, George, and Ann
at the Mobile Call Center should be commended for their efforts
the first appeal. They did indeed get a copy of my letter that
I was refused. Ann and I discussed the telephone call and letter
which was telephoned taped.


                    For I Am,

                    *Stephani S Buerger*

                    Stephani S Buerger


My Commission Expires 12/7/05

FORM BPC-1
(REV. 5-96)

STATE OF ALABAMA
DEPARTMENT OF INDUSTRIAL RELATIONS
Unemployment Compensation
Montgomery, Alabama 36131

# NOTICE OF DETERMINATION OF OVERPAYMENT

BUERGER/STEPHANI
1700 DAUPHIN   APT J
MOBILE        AL  36604 01329

| | |
|---|---|
| SOCIAL SECURITY NUMBER | 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 |
| DATE BENEFIT YEAR BEGAN | 04/06/03 |
| PROGRAM CODE | 01 |
| DATE | 07/24/03 |
| O/C | 60/03 |
| CLAIMS INQUIRY LINE | 1-800-361-1884 |

### Weeks Overpaid and Amount of Overpayment

FIRST WEEK 04/12/03        LAST WEEK 07/19/03        AMOUNT OVERPAYMENT $2265.00

An overpayment determination has been made on your unemployment claim that you have received benefit payments to which you were not entitled due to the reason(s) checked below. A determination has been made that you did or did not make a false statement to obtain benefits.

[ ] Paid benefits during a disqualification period or ineligible period.

[ ] Revision in base period wages resulted in a reduced weekly entitlement.

[ ] Earnings, pension, or other income were not deducted.

[x] Other

[ ] It has been determined that you did willfully make a false statement, or representation, or did willfully fail to disclose a material fact to obtain, or increase benefits. Therefore, under the provisions of Section 25-4-145(a)(3) of the Alabama Unemployment Compensation Law, a penalty of $_____ will be deducted from any benefits to which you may become entitled during your present or next benefit year.

[x] It has been determined that you did not willfully make a false statement or representation, or willfully fail to disclose a material fact to obtain or increase benefits.

Any questions concerning the amount of the overpayment should be directed to the Claims Inquiry Line listed above. The amount of the overpayment for the weeks covered by this decision must be repaid within 30 days after this determination has become final. **Write your social security number on all payments submitted by money order, certified check, or cashier's check. Checks should be made payable to the Department of Industrial Relations. Any changes in your address or telephone number should be reported promptly in writing. Mail payments and address changes to:** Benefit Payment Control, Unemployment Compensation Division, Industrial Relations Building, Room 4676, 649 Monroe St, Montgomery, Al 36131. **(Do not forward cash through the mail).**

**APPEAL RIGHTS:** If you do not agree with this notice of determination of overpayment, you may only appeal the amount of the overpayment. Your appeal is limited solely to the amount of the overpayment, the penalty, and the determination of whether you did or did not willfully make a false statement to obtain benefits. Unless your appeal is received within fifteen (15) calendar days from the date this notice was mailed or within seven (7) calendar days from the date this notice was delivered to you, this determination of overpayment will become final.

You may file your appeal by telephoneing the claim Inquiry Line listed above or you may file in writing by mailing your personal letter to the Hearings and Appeals Division, Department of Industrial Relations, Industrial Relations Building, Room 4677, 649 Monroe Street, Montgomery, AL 36131.**You must continue to file weekly claims pending the outcome of any appeal as long as you are unemployed.** Your social security number must appear on all correspondence.

Requests for consideration of waiver of repayment of overpayment must be received in writing and cannot be considered until all appeal rights have become final. A decision to not waive repayment of overpaid benefits when allowed by State law may be appealed to the appellate tribunal on its own merits. Repayment of overpaid benefits cannot be waived if overpayment is based on the fault of the claimant.

ESTABLISHED DATE 07/24/03

**(SEE REVERSE FOR PERTINENT SECTIONS OF THE LAW)**

## ATTORNEYS

**Attorneys:**
Peter J. Madden
Domingo Soto

**Attorneys:**
Arthur J. Madden III
Web site: www.madden.soto.com

### SOCIAL SECURITY
- WILLS & ESTATES
- ADOPTIONS
- GUARDIANSHIPS

**MCPHAILLIP ROSE & ATTORNEY AT LAW**

**MEADOR LAW OFFICE**
Coleman F. Meador
Attorney At Law

**L. Daniel Mims**
ATTORNEY AT LAW

**Theresa N. Williamson**

**MENDELSOHN JS. SMITH**
ATTORNEYS AT LAW
Bankruptcy • Employment
Car Wrecks • Personal Injury
Motor Vehicle Injuries
Wrongful Death • Workers' Compensation

**JOHNSTON ADAMS BAILEY**
HARRIS LLC

**JOHNSTON DRURAN LLP**

**DENNIS J. KNIZLEY**
Attorney At Law

**LATTOF MITCHELL G**

**LAURENDINE CHASE R**

**LAW OFFICES OF CHRISTOPHER PETERS**

**LEGAL SERVICES ALABAMA**
Legal Aid — Low Income Persons

**LEDYARD GOODMAN N**

**LEON FRANK**

**LINDSAY SARAH JANE**

**LITTLETON DENISE I**
BANKRUPTCY • PROBATE

**LONG EARLE W IV**

**LORIS & EDGE LLC**

**MALONEY STROHMEYER LLP**
Maddox Lee Attorney At Law

**MALONEY DAVID J**

**MALLORY M MALLORY**

**MARSAL L A**

**MARTINI STEVEN A**

**MASSEY R EDWARD III**

**MATHER RICHARD ATTORNEY AT LAW**

**MCGILL JOHN**

**MCCLELLAN ANDREA**

**MCDONMANS JACQUELINE M**

**MCCORMICK & BROWN LLC**

**McCRAW Wyman R Jr**

**McCOY M Van**

**MAYNARD COOPER & GALE PC**

**Miller Jeffrey G**

**MILLER LYNN E**

**McNAIR MICHAEL S ATTORNEY AT LAW**
SOCIAL SECURITY DISABILITY/SSI
AUTO ACCIDENTS/PERSONAL INJURY

**MCKENZIE TAYLOR & ZARZOUR PA**