UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STEPHANIE S. BUERGER,** :<br>:<br>**Plaintiff,** :<br>:<br>v. :<br>:<br>**STATE OF ALABAMA** :<br>**DEPARTMENT OF INDUSTRIAL** :<br>**RELATIONS,** :<br>:<br>**Defendant.** : | Civil Action No. 05-1664 (GK) |

## ORDER

Plaintiff has filed a pro se lawsuit under the Privacy Act of 1974, 5 U.S.C. § 552(a), requesting a copy of the tape of a 24 minute telephone call regarding her unemployment appeal. She has sued the State of Alabama, Department of Industrial Relations. The Privacy Act under which she has sued is a federal statue and is not applicable to non-federal entities, such as the State of Alabama, Department of Industrial Relations. There may be a state statute which is analogous to the federal Privacy Act that would cover the State of Alabama, Department of Industrial Relations, but Plaintiff must research that possibility.

**WHEREFORE**, it is this 22nd day of August, 2005, hereby

**ORDERED** that the Plaintiff shall show cause no later than **September 25, 2005** why this case should not be dismissed because of the inapplicability of the federal Privacy Act to the State of Alabama. Plaintiff is cautioned that if she fails to respond to the Order to Show Cause by the date requested, her case may be dismissed with prejudice.

/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**

**and**

**Stephanie S. Buerger**
**607 Euclid Avenue**
**Mobile, Alabama  36606**