United States District Court
For The District of Columbia

Stephanie S. Buerger
            Plaintiff,

        v.                          Civil Action No. 05-1664 (GK)

State of Alabama
Department of Industrial    :       Motion To Show Cause
Relations,
            Defendant

## MOTION

Due to circumstance I am handwriting my Motion To Show Cause why this case should not be dismissed with Prejudice.

Honorable Judge Gladys Kessler, I am providing you with a copy of Your Rights to Federal Records provided by General Services Administration and the Department of Justice Washington, D.C., an Overview of the Privacy Act 1974 and The Privacy Act of 1974, 5 U.S.C. Section 552a as Amended. I have highlighted where State and local governments and all private organizations fall under the same federal statues as federal entities who also use the Social Security Number. All unemployment records use the Social Security Number to identify each claimant's record. Unemployment laws are also federal laws.

Two corrections need to be noted in your Order of August 22nd 2005. My first name does not have an E in it. The 24 minute telephone tape is the appeal itself and not a taped conversation regarding the unemployment appeal. It is a missing record of my appeal. Title 5 U.S.C. Section 552 a(g)(1)(C). Title 5 U.S.C. Section 552 a(g)(3)(A). Title 5 U.S.C. Section 553(C),(2)(A),(B),(3)(A),(D), 4(A)(B).

This lawsuit should be made a Public Record and served proudly without Prejudice.

September 12, 2005
    Date

Stephanie S. Buerger
    pro se litigant