# UNITED STATES DISTRICT

## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Stephani S Buerger | ) | **MOTION** |
| Plaintiff, | ) | |
| | ) | Formal Request / Additional Information |
| v. | ) | Civil Action No. **05-1664(GK)** |
| State of Alabama | ) | |
| Department of Industrial Relations | ) | |
| Defendant | ) | |

## MOTION

**HONORABLE** Judge Gladys Kessler,

The Court received my complaint on **August 19, 2005**. I received your Order to Show Cause on **August 26, 2005**. The Court received my Show Cause Motion **September 19, 2005**. As of **September 30, 2005**, my case has not been served. In my case, pauper and legal counsel as pro se has paid the filing fee and is requesting the Court serve this case at the appointed time.

**Additional Information**: The federal information center does not have any state employees listed for the Mobile Call Center for Unemployment Compensation in Saraland, AL. All state employees should be listed in the Federal Register. **As of, 05/05,** the Mobile Call Center for Unemployment Compensation in Saraland, AL was not listed as a state agency. James Smith, who was the Assistant Manager of the Mobile Call Center for Unemployment Compensation was Ann and George's supervisor. James Smith, told me on the telephone that he had looked over Ann's computer input

1 of 1

and handwritten notes of my appeal and commended her for an excellent job winning the appeal. He commended George also, for the excellent job he did collecting evidence from me and obtaining a letter of evidence by law, from J.C. Penney Inc. **July 16, 2003**, George, told me on the telephone that all of the computer input and paper evidence was missing and that the crime had been reported to fraud. I have never received a fraud determination. James Smith, Ann, and George can be considered excellent witnesses in my behalf, when the Court enjoins the agency for evidence of my appeal.

**Honorable** Judge Gladys Kessler, enjoining the agency takes time and preparation. I am requesting an entry of an Order of Restitution in my behalf, under Title 18, Section 3771 and / or Title18, Part II, Chapter 232, Section 3663. This order would not have been out of the question two years ago.

**Evidence regained of my appeal of May 8, 2003**, will open this case in the United States Court of Appeals in the District of Columbia.

Respectfully,

**October 4, 2005**
Date

Stephani S Buerger  *Stephani S Buerger*
Signature

607 Euclid Ave. Mobile, AL  36660
Address

RECEIVED
OCT 7 - 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT