*BUERGER*
*VS*
*ST. OF ALA. DEPT.*
*OF RELATIONS*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____   )
                Plaintiff(s)     )
                                 )
                                 )
        v.                       )   Civil Action No. __05 1664-GK__
                                 )
                                 )   **RECEIVED**
                                 )
_____   )   OCT 1 4 2005
                Defendant(s)     )
                                     NANCY MAYER WHITTINGTON, CLERK
                                     U.S. DISTRICT COURT

## CONSENT TO PROCEED BEFORE
## A UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES

In accordance with the provisions of 28 U.S.C. § 636(c)(3), the parties to the above-captioned civil matter by and with the advice of their counsel hereby voluntarily waive their rights to proceed before a District Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial.

*Stephani S. Buerger pro se litigant*            10-11-05
Attorney for the Plaintiff(s)                    Date


_____      _____
Attorney for the Defendant(s)                    Date

NOTICE:   The foregoing Consent by Counsel shall be accepted upon the understanding that all counsel have secured the consent of their respective clients to the Consent and Referral to a United States Magistrate Judge for all purposes.

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that the above-captioned matter be referred to a United States Magistrate Judge for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c)(3) and the foregoing consent of the parties.


_____      _____
United States District Judge                     Date

NOTE:   RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED
        TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE.

CO-942B
Rev 3/95

*Leave to file granted - J. Kessler - 10/18/05*

Local Rule 45.1    Rule 50(a)

Speedy Trial Act of 1974, 18 U.S.C. Chapter 208

Speedy Trial Amendments Act of 1979, (Pub. L. No. 96-43, 93 Stat 327

Rule 1. (a) Other Rules
       1 (b) Offenses