UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
STEPHANI S. BUERGER,            )
                                )
        Plaintiff,              )
                                )   Civil Action No. 05-1664 (GK)
     v.                         )
                                )
STATE OF ALABAMA DEPARTMENT     )
OF INDUSTRIAL RELATIONS,        )
                                )
        Defendant.              )
_____)

**O R D E R**

Plaintiff brings this action pro se against the State of Alabama Department of Industrial Relations ("Department"). She seeks a taped copy of a May 2003 telephone call she made to the Department regarding her unemployment appeal. Plaintiff invokes the Privacy Act of 1974, 5 U.S.C. § 552(a) ("Privacy Act") as the jurisdictional basis for her suit.

On August 24, 2005, the Court informed Plaintiff that the Privacy Act under which she has sued is a federal statue and does not apply to non-federal entities such as Defendant. The Court ordered her to show cause, no later than September 25, 2005, why the case should not be dismissed with prejudice and directed her to research whether there is a state statute analogous to the Privacy Act that would apply to the Department. On September 20, 2005, Plaintiff filed a Motion with supplemental documents purporting to show that the Privacy Act does, in fact, cover Defendant.

Plaintiff has failed to comply with the Court's Order to Show Cause. As the Court informed her on August 24, 2005, the Privacy Act applies only to federal entities. See 5 U.S.C. § 552(f)(1) (listing the covered agencies as "any executive department, military department, Government corporation, Government controlled corporation, or other establishment in the executive branch . . .") (emphasis added). State governmental agencies, such as Defendant, are simply not covered by that statute.

Because Plaintiff has not identified any statute giving the Court jurisdiction to hear this case, her Complaint must be dismissed.

Accordingly, it is hereby

**ORDERED** that this action is **dismissed with prejudice**.

                                                       /s/
                                          Gladys Kessler
                                          U.S. District Judge

October 25, 2005

<u>Copies to</u>: **attorneys on record via ECF and**

**STEPHANI S. BUERGER**
**607 Euclid Avenue**
**Mobile, AL 36606**